**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____MIDDLE DISTRICT OF PENNSYLVANIA_____

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Affiniti PA, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-3061357** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **Cogency Global Inc. (Commercial Registered Office Provider) 600 North 2nd Street Harrisburg, PA 17101** Number, Street, City, State & ZIP Code | **PO Box 81594 Austin, TX 78758** P.O. Box, Number, Street, City, State & ZIP Code |
| **Dauphin** County | **Location of principal assets, if different from principal place of business** **Refer to attachment for Schedule B** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   5171

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____

  Contact name _____

  Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☑ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201    Case 1:19-bk-05323-HWV    Voluntary Petition for Non-Individuals Filing for Bankruptcy    Doc 1    Filed 12/13/19    Entered 12/13/19 15:58:12    Desc    page 3

Main Document    Page 3 of 115

| Debtor | Affiniti PA, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/12/2019
MM / DD / YYYY

X *Virginia Bryant*
Signature of authorized representative of debtor

**Virginia Bryant**
Printed name

Title  **Vice President of Finance**

**18. Signature of attorney**

X /s/ Martin J. Weis
Signature of attorney for debtor

Date  12/12/2019
MM / DD / YYYY

**Martin J. Weis**
Printed name

**Dilworth Paxson LLP**
Firm name

**1500 Market Street, Suite 3500E**
**Philadelphia, PA 19102**
Number, Street, City, State & ZIP Code

Contact phone  **215-575-7000**          Email address  **mweis@dilworthlaw.com**

**51379 PA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Affiniti PA, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/12/2019    x *Virginia Bryant*

Signature of individual signing on behalf of debtor

**Virginia Bryant**
Printed name

**Vice President of Finance**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Affiniti PA, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*................................................................................................ $      0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................................ $      824,832.68

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................................................. $      824,832.68

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      13,470,604.38

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $      8,559.82

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$      981,448.50

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b          $      14,460,612.70

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Regions Bank** Birmingham, AL 35201 | **Checking** | 3939 | $436,697.53 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $436,697.53 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11b. Over 90 days old: | 68,125.15 | - | 0.00 | =.... | $68,125.15 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | | **$68,125.15** |
|---|---|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Electronics - Attached** | $0.00 | N/A | $127,850.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | | **$127,850.00** |
|---|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 9:</b></td><td><b>Real property</b></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Refer to Schedule G list of Contract Parties and Leases** | | Unknown | | Unknown |
| 55.2.  **See Attached - Real Property Assets - Towers** | | Unknown | | Unknown |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.                                                                          **$0.00**

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 10:</b></td><td><b>Intangibles and intellectual property</b></td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |

| IP Blocks - 10282019 agreement Pending Closure | Unknown | | $61,440.00 |
|---|---|---|---|
| IP Blocks - SLS 395 | Unknown | | $30,720.00 |

65.    **Goodwill**

66.    **Total of Part 10.**

|  | $92,160.00 |
|---|---|

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | |
|---|---|
| **Unsecured Proof of Claim in Chapter 13 Bankruptcy of Darol R. Lain and Georgia R. Lain. Western District of Texas (Austin) 17-11612-tmd** | $100,000.00 |
| Nature of claim | Proof of Claim in Chapter 13 of Darol R. Lain and Georgia R. Lain (WDTX-Austin) |
| Amount requested | $0.00 |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                    | $100,000.00 |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

**AFFINITI PA, LLC - PERSONAL PROPERTY ASSETS - ELECTRONICS**

| State | Parent Account | Account Name | Product Name | Asset Name | Model Number | Serial Number | Affiniti Asset ID | Estimated Value | Status | Last Verified In Place Date |
|---|---|---|---|---|---|---|---|---|---|---|
| PA | Affiniti - PA | Forest Area SD - Marienville Rptr | Alcatel 6212 | Alcatel 6212 | LS-6212 | J078DO09 | | $ 500.00 | Abandon | 1/28/2019 |
| PA | Affiniti - PA | Forest Area SD - Tionesta Cemetary Rptr | Alcatel 6212 | Alcatel 6212 | LS-6212 | J378C100 | | $ 500.00 | Abandon | 1/28/2019 |
| PA | Affiniti - PA | Forest Area SD - Tionesta County Fire Tower Rptr | Alcatel 6212 | Alcatel 6212 | LS-6212 | J078DO04 | | $ 500.00 | Abandon | 1/28/2019 |
| PA | Affiniti - PA | Forest Area SD - Marienville Rptr | Antenna - 2ft 5.8G | Antenna - 2ft 5.8G | PX2F-52 | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | Affiniti - PA | Forest Area SD - Marienville Rptr | APC UPS | APC UPS | Smart-UPS 1500 RM | AS0622130416 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Affiniti - PA | Forest Area SD - Tionesta Cemetary Rptr | APC UPS | APC UPS | Smart-UPS 2200 RM XL | JS0837014370 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Affiniti - PA | Forest Area SD - Tionesta County Fire Tower Rptr | APC UPS | APC UPS | 1400 RM XL | AS0838261405 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Affiniti - PA | Forest Area SD - Marienville Rptr | Orthogon-300-ODU-Ext | Orthogon-300-ODU-Ext | PTP-600-C | 00:04:56:80:13:06 | | Unknown | Abandon | 2/1/2019 |
| PA | Affiniti - PA | Forest Area SD - Tionesta Cemetary Rptr | Orthogon-300-ODU-Ext | Orthogon-300-ODU-Ext | PTP-600-C | 00:04:56:80:0d:07 | | Unknown | Abandon | 2/1/2019 |
| PA | Affiniti - PA | Forest Area SD - Tionesta County Fire Tower Rptr | Orthogon-300-ODU-Ext | Orthogon-300-ODU-Ext | PTP-600-C | 00:04:56:80:07:ca | | Unknown | Abandon | 2/1/2019 |
| PA | Affiniti - PA | Forest Area SD - Marienville Rptr | Orthogon-300-ODU-INT | Orthogon-300-ODU-Int | PTP-600-I | 00:04:56:80:06:48 | | Unknown | Abandon | 2/1/2019 |
| PA | Affiniti - PA | Forest Area SD - Tionesta Cemetary Rptr | Orthogon-300-ODU-INT | Orthogon-300-ODU-Int | PTP-600-I | 00:04:56:80:07:bf | | Unknown | Abandon | 2/1/2019 |
| PA | Affiniti - PA | Forest Area SD - Tionesta County Fire Tower Rptr | Orthogon-300-ODU-INT | Orthogon-300-ODU-Int | PTP-600-I | | | Unknown | Abandon | 2/1/2019 |
| PA | Airesman Wood and Stone | Airesman Wood and Stone - Berlin | Alvarion RB-B14-5.4 | Alvarion RB-B14-5.4 | | 0010E7A47308 | | Unknown | Abandon | 2/1/2019 |
| PA | Airesman Wood and Stone | Airesman Wood and Stone - Berlin | Antenna - 2ft 5.8G | Antenna - 2ft 5.8G | PX2F-52 | | | Unknown | Abandon | 2/1/2019 |
| PA | Alexander Youth Network | Alexander Youth - Main | Zotac ZBOX MI527 Nano | ZBOX MI527 Nano | ZBOX-MI527NANO | G174100000086 | ANA001058 | $ 500.00 | Abandon | 10/19/2018 |
| PA | Allamuchy Township School District | Allamuchy Township School | Ciena 3904 | Ciena 3904 | 3904 | M884075 | PA-001649 | $ 200.00 | Abandon | 1/30/2019 |
| PA | Allamuchy Township School District | Allamuchy Township School | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4615007733 | PA-001632 | $ 400.00 | Abandon | 1/29/2019 |
| PA | Alpine Resort Operations LLC | Alpine Resorts - Blue Knob (Lodge Building) | Antenna - Cielo 2ft, 11G, | Antenna - Cielo 2ft, 11G, Andrew | VHLP2-11WA | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | Alpine Resort Operations LLC | Alpine Resorts - Blue Knob (Lodge Building) | Cielo 11 GHZ Low Subband 2 | Cielo 11 GHZ Low Subband 2 | | R45068686 | | $ 700.00 | Abandon | 2/1/2019 |
| PA | Alpine Resort Operations LLC | Alpine Resorts - Blue Knob (Lodge Building) | Cielo 11 GHZ Low Subband 2 | Cielo 11 GHZ Low Subband 2 | P01-110490-10211-E100 | R45068686 | 008092 | $ 700.00 | Abandon | 1/24/2019 |
| PA | Alpine Resort Operations LLC | Alpine Resorts - Blue Knob (Lodge Building) | Cielo CG2 IDU 100 | Cielo CG2 IDU 100 | | 3010300020503003 | PA-001787 | $ 700.00 | Abandon | 2/1/2019 |
| PA | Alpine Resort Operations LLC | Alpine Resorts - Blue Knob (Lodge Building) | Ciena 3916 | Ciena 3916 | 3916 | M8704766 | PA-001775 | $ 400.00 | Abandon | 1/30/2019 |
| PA | Appalachia IU 8 | IU8 - Executive Office (Main) | Adtran TA924 | Adtran TA924 | TA924 | CFG1271843 | | Unknown | Abandon | 1/28/2019 |
| PA | Appalachia IU 8 | IU8 - Somerset Branch Office | Antenna - Cielo 2ft, 18G, | Antenna - Cielo 2ft, 18G, Andrew | VHLP2-18C | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | Appalachia IU 8 | IU8 - Tussey Mountain SD | Antenna - Dragonwave 2ft, 11G | Antenna - Dragonwave 2ft, 11G | VHLP2-18C | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | Appalachia IU 8 | IU8 - Somerset Branch Office | Cielo 18 GHZ High Subband 3 | Cielo 18 GHZ High Subband 3 WIDE | C0H-181560-10311-E100 | RS1130623 | 008316 | $ 700.00 | Abandon | 6/21/2018 |
| PA | Appalachia IU 8 | IU8 - Somerset Branch Office | Cielo CG2 IDU 200 | Cielo CG2 IDU 200 | | 3010300020201630 | | $ 700.00 | Abandon | 6/21/2018 |
| PA | Appalachia IU 8 | IU8 - Tussey Mountain SD | DragonWave Qntm IDU 2xCh | DragonWave Qntm IDU 2xCh 800M | | A20020EC1623 | 006257 | Unknown | Abandon | 6/21/2018 |
| PA | Appalachia IU 8 | IU8 - Tussey Mountain SD | DragonWave Qntm ODU 18G | DragonWave Qntm ODU 18G Low | | A1N13D0L0150 | 009013 | Unknown | Abandon | 6/21/2018 |
| PA | Appalachia IU 8 | IU8 - Park Street Branch Office | Siklu EH600TX-Kit, 500Mb/s HD | Siklu EH600TX-Kit, 500Mb/s HD | | T.BJF7C4004E | | Unknown | Abandon | 1/30/2019 |
| PA | Appalachia IU 8 | IU8 - Executive Office (Main) | Telco Systems 3308 | Telco Systems 3308 | TMC-3308-AC-NA | 0317240762 | PA-001862 | $ 600.00 | Abandon | 1/30/2019 |
| PA | Appalachia IU 8 | IU8 - Executive Office (Main) | Telco Systems 3308 | Telco Systems 3308 | TMC-3308-AC-NA | 0318091272 | PA-001863 | $ 600.00 | Abandon | 1/30/2019 |
| PA | Appalachia IU 8 | IU8 - Duncansville Branch Office | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121642 | PA-000020 | $ 600.00 | Abandon | 1/29/2019 |
| PA | Appalachia IU 8 | IU8 - Northern Bedford County SD | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121623 | PA-002366 | $ 600.00 | Abandon | 1/29/2019 |
| PA | Appalachia IU 8 | IU8 - Park Street Branch Office | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121682 | PA-000014 | $ 600.00 | Abandon | 1/29/2019 |
| PA | Appalachia IU 8 | IU8 - Richland Branch Office | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121686 | PA-000012 | $ 600.00 | Abandon | 1/29/2019 |
| PA | Appalachia IU 8 | IU8 - Somerset Branch Office | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 2018080131 | | $ 600.00 | Abandon | 1/29/2019 |
| PA | Appalachia IU 8 | IU8 - Tussey Mountain SD | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 2018070066 | PA-001875 | $ 600.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Indiana Area SD | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | K1681383 | | $ 500.00 | Abandon | 1/28/2019 |
| PA | ARIN IU 28 | IU28 - Indiana County Technology Ctr | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | G2550278 | | $ 500.00 | Abandon | 1/28/2019 |
| PA | ARIN IU 28 | IU28 - Penns Manor SD | Antenna - Dragonwave 3ft, 11G | Antenna - Dragonwave 3ft, 11G | VHLP3-11WA | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | ARIN IU 28 | IU28 - Apollo Ridge SD | Ciena 3916 | Ciena 3916 | 3916 | M8806570 | PA-001810 | $ 400.00 | Abandon | 1/30/2019 |
| PA | ARIN IU 28 | IU28 - Homer Center SD | Ciena 3916 | Ciena 3916 | 3916 | M8389139 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | ARIN IU 28 | IU28 - Lenape Area Vo-Tech | Ciena 3916 | Ciena 3916 | 3916 | M8535356 | PA-001704 | $ 400.00 | Abandon | 1/30/2019 |
| PA | ARIN IU 28 | IU28 - Marion Center Area SD | Ciena 3916 | Ciena 3916 | 3916 | M8663323 | PA-001792 | $ 400.00 | Abandon | 1/30/2019 |
| PA | ARIN IU 28 | IU28 - Penns Manor SD | Ciena 3916 | Ciena 3916 | 3916 | M8806614 | PA-001814 | $ 400.00 | Abandon | 1/30/2019 |
| PA | ARIN IU 28 | IU28 - Purchase Line SD | Ciena 3916 | Ciena 3916 | 3916 | M8046264 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | ARIN IU 28 | IU28 - United SD | Ciena 3916 | Ciena 3916 | 3916 | M8806584 | PA-001809 | $ 400.00 | Abandon | 1/30/2019 |
| PA | ARIN IU 28 | IU28 - Penns Manor SD | Cisco 3560G Switch | Cisco 3560G Switch | | FOC1109Y238 | | $ 2,000.00 | Abandon | 1/31/2019 |
| PA | ARIN IU 28 | IU28 - Penns Manor SD | DragonWave Qntm IDU 2xCh | DragonWave Qntm IDU 2xCh 800M | | A2002DHJ0064 | | Unknown | Abandon | 2/1/2019 |
| PA | ARIN IU 28 | IU28 - Penns Manor SD | DragonWave Qntm ODU 11G | DragonWave Qntm ODU 11G High | RH-HP-11-82 | A1K24DOL0043 | | Unknown | Abandon | 2/1/2019 |
| PA | ARIN IU 28 | IU28 - ARIN IU 28 HQ | FortiGate-100D | FortiGate-100D | FG-100D | FG100D3G14804282 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - ARIN IU 28 HQ | FortiGate-100D | FortiGate-100D | FG-100D | FG100D3G13801094 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Lenape Area Vo-Tech | FortiGate-100D | FortiGate-100D | FG-100D | FG100D3G13817636 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - United SD | FortiGate-100D | FortiGate-100D | FG-100D | FG100D3G14805202 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Penns Manor SD | FortiGate-300D | FortiGate-300D | FGT_300D | FGT3HD3915806630 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Head Start | FortiGate-50E | FortiGate-50E | FGT_50E | FGT50E3U16021713 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Apollo Ridge SD | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613061303 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Armstrong SD | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613062246 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Blairsville-Saltsburg SD | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613063970 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Freeport Area SD | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613061284 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Homer-Center SD | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613060467 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Homer-Center SD | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613061681 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Indiana County Technology Ctr | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613062252 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Indiana County Technology Ctr | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4Q15013690 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Leechburg Area SD | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613061669 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Lenape Area Vo-Tech | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613014591 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Marion Center Area SD | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613061769 | | $ 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - Purchase Line SD | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613062054 | | $ 400.00 | Abandon | 1/29/2019 |

| PA | ARIN IU 28 | IU28 - Purchase Line SD | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613044336 | | $ | 400.00 | Abandon | 1/29/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | ARIN IU 28 | IU28 - United SD | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613061792 | | $ | 400.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - ARIN Center for Adult Education | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121648 | | $ | 600.00 | Abandon | 1/29/2019 |
| PA | ARIN IU 28 | IU28 - ARIN IU 28 HQ | Telco Systems 340F | Telco Systems 340F | T-Marc 340F | 0314191062 | | $ | 600.00 | Abandon | 1/29/2019 |
| PA | Brookville Hospital | PHH - Brookville Hospital | Alcatel 6212 | Alcatel 6212 | LS-6212 | K418A634 | | $ | 400.00 | Abandon | 1/28/2019 |
| PA | Cambria Heights School District | Cambria Heights SD - Cambria Heights HS | Alcatel 6212 | Alcatel 6212 | LS-6212 | J378C148 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | Cambria Heights School District | Cambria Heights SD - Carrolltown ES | Alcatel 6212 | Alcatel 6212 | LS-6212 | K078A380 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | Cambria Heights School District | Cambria Heights SD - Carrolltown ES | Alcatel 9500MXC IDU INU 200M | Alcatel 9500MXC IDU INU 200M | INU, RAC30v3,DAC GE | EBT07529440 | | $ | 500.00 | Abandon | 1/31/2019 |
| PA | Cambria Heights School District | Cambria Heights SD - Carrolltown ES | Alcatel 9500MXC ODU 23G Low | Alcatel 9500MXC ODU 23G Low | Alcatel ODU 300 HP | EBT0829A008 | | $ | 500.00 | Abandon | 1/31/2019 |
| PA | Cambria Heights School District | Cambria Heights SD - Carrolltown ES | Antenna - 2ft 5.8G | Antenna - 2ft 5.8G | PX2F-52 | | | $ | 150.00 | Abandon | 2/1/2019 |
| PA | Cambria Heights School District | Cambria Heights SD - Cambria Heights HS | Antenna - Alcatel 9500 1ft 23G | Antenna - Alcatel 9500 1ft 23G | VHLP1-23B | | | $ | 100.00 | Abandon | 2/1/2019 |
| PA | Cambria Heights School District | Cambria Heights SD - Cambria Heights HS | FortiGate-300D | FortiGate-300D | FGT_300D | FGT3HD3916802386 | | $ | 400.00 | Abandon | 1/29/2019 |
| PA | Cambria Heights School District | Cambria Heights SD - Cambria Heights HS | Orthogon-300-ODU-Ext | Orthogon-300-ODU-Ext | PTP-600-C | 00:04:56:80:08:39 | | $ | Unknown | Abandon | 2/1/2019 |
| PA | Central Cambria School District | Central Cambria - Central Cambria HS | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | H4982702 | | $ | Unknown | Abandon | 2/1/2019 |
| PA | Central Cambria School District | Central Cambria SD - Jackson ES | Ciena 3904 | Ciena 3904 | 3904 | M8084349 | PA-001646 | $ | 200.00 | Abandon | 1/30/2019 |
| PA | Central Cambria School District | Central Cambria - Central Cambria HS | Siklu EH600TX-Kit, 500Mb/s HD | Siklu EH600TX-Kit, 500Mb/s HD | | T.BJF66L0038 | PA-001806 | $ | 300.00 | Abandon | 1/30/2019 |
| PA | Clearfield Hospital | PHH - Clearfield Hospital | Alcatel 6212 | Alcatel 6212 | LS-6212 | J518A230 | | $ | 400.00 | Abandon | 1/28/2019 |
| PA | CNO Financial Services | CNO Financial - Holidaysburg | Antenna - 1ft 5.8G | Antenna - 1ft 5.8G | | | | $ | 100.00 | Abandon | 2/1/2019 |
| PA | CNO Financial Services | CNO Financial - Holidaysburg | Ciena 3916 | Ciena 3916 | 3916 | M8663723 | PA-001774 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | CNO Financial Services | CNO Financial - Holidaysburg | Redline 54 Mb IDU | Redline 54 Mb IDU | | | | $ | - | Abandon | 2/1/2019 |
| PA | CNO Financial Services | CNO Financial - Holidaysburg | Redline ODU | Redline ODU | AN-50e | | | $ | - | Abandon | 2/1/2019 |
| PA | DQE Communications | DQE - Pittsburgh Colo | Raisecom 2924 | Raisecom 2924 | 2924 | 111614001102B12A11B0008G | | $ | Unknown | Abandon | 2/1/2019 |
| PA | DuBois Area School District | DuBois Area SD - Juniata ES | Telco Systems 3348 | Telco Systems 3348 | TMC-3348S-2AC-NA | 0314290015 | PA-000023 | $ | 800.00 | Abandon | 1/29/2019 |
| PA | DuBois Area School District | DuBois Area SD - Maintenance Building | Telco Systems 3348 | Telco Systems 3348 | TMC-3348S-2AC-NA | 0314260053 | PA-000017 | $ | 800.00 | Abandon | 1/29/2019 |
| PA | DuBois Area School District | DuBois Area SD - Oklahoma ES | Telco Systems 3348 | Telco Systems 3348 | TMC-3348S-2AC-NA | 0314260057 | PA-000018 | $ | 800.00 | Abandon | 1/29/2019 |
| PA | DuBois Area School District | DuBois Area SD - Senior HS | Telco Systems 3348 | Telco Systems 3348 | TMC-3348S-2AC-NA | 0314260045 | PA-000019 | $ | 800.00 | Abandon | 1/29/2019 |
| PA | DuBois Area School District | DuBois Area SD - Wasson ES | Telco Systems 3348 | Telco Systems 3348 | TMC-3348S-2AC-NA | 0314290014 | PA-000024 | $ | 800.00 | Abandon | 1/29/2019 |
| PA | DuBois Area School District | DuBois Area SD - CG Johnson ES | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121639 | PA-000021 | $ | 500.00 | Abandon | 1/29/2019 |
| PA | DuBois Area School District | DuBois Area SD - MS | Telco Systems 8001 | Telco Systems 8001 | T-Marc 8001 | 0316140097 | PA-001815 | $ | 1,000.00 | Abandon | 1/29/2019 |
| PA | Forest Area School District | Forest Area SD - West Forest School | Antenna - 2ft 5.8G | Antenna - 2ft 5.8G | PX2F-52 | | | $ | 150.00 | Abandon | 2/1/2019 |
| PA | Forest Area School District | Forest Area SD - East Forest School | Ciena 3904 | Ciena 3904 | 3904 | M8152022 | | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Forest Area School District | Forest Area SD - West Forest School | Ciena 3904 | Ciena 3904 | 3904 | M8152024 | | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Forest Area School District | Forest Area SD - West Forest School | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D4613014050 | | $ | 400.00 | Abandon | 1/29/2019 |
| PA | Forest Area School District | Forest Area SD - West Forest School | Orthogon-300-ODU-Ext | Orthogon-300-ODU-Ext | PTP-600-C | 00:04:56:80:07:e4 | | $ | Unknown | Abandon | 2/1/2019 |
| PA | Forest Area School District | Forest Area SD - East Forest School | Orthogon-300-ODU-INT | Orthogon-300-ODU-Int | PTP-600-I | 00:04:56:80:3d:43 | | $ | Unknown | Abandon | 2/1/2019 |
| PA | Fulton County Medical Center | FCMC - McConnellsburg | Ciena 3916 | Ciena 3916 | 3916 | M8806524 | PA-001813 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Geisinger Grays Woods | Geisinger - Gray's Woods | Ciena 3916 | Ciena 3916 | 3916 | M8663704 | PA-001761 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Geisinger System Services | Geisinger - Lewistown Hospital | Ciena 3916 | Ciena 3916 | 3916 | M8663701 | PA-001762 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Geisinger System Services | Geisinger - Wound Care Center Harrisburg | Ciena 3916 | Ciena 3916 | 3916 | M9064607 | PA-001811 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - ELCO Family Practice | Ciena 3904 | Ciena 3904 | 3904 | M8152054 | PA-001671 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - HMC Lebanon | Ciena 3904 | Ciena 3904 | 3904 | M8111928 | PA-001657 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - HMC- Palmyra | Ciena 3904 | Ciena 3904 | 3904 | M8152012 | PA-001656 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - Jonestown Health Center | Ciena 3904 | Ciena 3904 | 3904 | M8152009 | PA-001666 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - Lab | Ciena 3904 | Ciena 3904 | 3904 | M8152056 | PA-001657 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - Myerstown RAD | Ciena 3904 | Ciena 3904 | 3904 | M8152016 | PA-001670 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - Outpatient PT | Ciena 3904 | Ciena 3904 | 3904 | M8152028 | PA-001660 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - Pediatrics | Ciena 3904 | Ciena 3904 | 3904 | M8152034 | PA-001665 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - Quentin Road Center | Ciena 3904 | Ciena 3904 | 3904 | M8164286 | PA-001669 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - Wellspan Women's Services | Ciena 3904 | Ciena 3904 | 3904 | M8152030 | PA-001668 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - West Cornwall Family Practice | Ciena 3904 | Ciena 3904 | 3904 | M8111943 | PA-001658 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Good Samaritan Hospital of Lebanon | GSH - Data Center (ISRC) | Ciena 3942 | Ciena 3942 | 3942 | M8012641 | PA-001663 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Hanover Hospital | Hanover Hospital - Spring Grove Clinic | Alcatel 6212 | Alcatel 6212 | LS-6212 | K418A585 | | $ | 600.00 | Abandon | 1/28/2019 |
| PA | Holy Spirit Hospital | Geisinger - Camp Hill IT Center | Alcatel 6224 | Alcatel 6224 | LS-6224 | H498B588 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | Holy Spirit Hospital | Holy Spirit - Broadstreet Family Health Center | Ciena 3904 | Ciena 3904 | 3904 | M8152033 | PA-001594 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Holy Spirit Hospital | Holy Spirit - Center for Women's Health (EAST) | Ciena 3904 | Ciena 3904 | 3904 | M8083668 | PA-001641 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Holy Spirit Hospital | Holy Spirit - Internal Medicine of Mechanicsburg | Ciena 3904 | Ciena 3904 | 3904 | M8083673 | PA-001643 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Holy Spirit Hospital | Holy Spirit - Ryder, Barnes & Assoc | Ciena 3904 | Ciena 3904 | 3904 | M8083665 | PA-002715 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Holy Spirit Hospital | Geisinger - Camp Hill IT Center | Ciena 3916 | Ciena 3916 | 3916 | M8806569 | | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Holy Spirit Hospital | Geisinger - Dillsburg | Ciena 3916 | Ciena 3916 | 3916 | M8806552 | | $ | 400.00 | Abandon | 1/30/2019 |
| PA | Huntingdon Area School District | IU11 - Huntingdon Area SD - HS | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | H1782287 | PA-000603 | $ | 600.00 | Abandon | 1/28/2019 |
| PA | Huntingdon Area School District | IU11 - Huntingdon Area SD - HS | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121663 | | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Huntingdon Area School District | IU11 - Huntingdon Area SD - Southside ES | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121573 | | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Huntingdon County Career and Technology | HCCTC - Mill Creek | Edgemarc 4806-25 | Edgemarc 4806-25 | EdgeMarc 4806-102-25 | HS160602003000079 | PA-001703 | $ | Unknown | Abandon | 1/30/2019 |
| PA | Inclinator | Inclinator - Harrisburg | Alcatel 6224 | Alcatel 6224 | LS-6224 | H498B521 | PA-000174 | $ | 500.00 | Abandon | 1/28/2019 |
| PA | Inclinator | Inclinator - Harrisburg | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | | | $ | 500.00 | Abandon | 1/31/2019 |
| PA | Inclinator | Inclinator - Harrisburg | Alcatel 9500MXC ODU 18G High | Alcatel 9500MXC ODU 18G High | Alcatel ODU 300 HP | EBT0902R304 | | $ | 500.00 | Abandon | 1/31/2019 |
| PA | Inclinator | Inclinator - Harrisburg | Antenna - Alcatel 2ft 18G | Antenna - Alcatel 2ft 18G | VHLP2-18-SE1 | | | $ | 150.00 | Abandon | 2/1/2019 |
| PA | Indiana Area School District | Indiana Area SD- Admin/East Pike ES | Zotac ZBOX MI527 Nano | ZBOX MI527 Nano | ZBOX-MI527NANO | G174100000123 | ANA001065 | $ | 500.00 | Abandon | 12/8/2017 |
| PA | Indiana Area School District | Indiana Area SD- Admin/East Pike ES | Zotac ZBOX MI527 Nano | ZBOX MI527 Nano | ZBOX-MI527NANO | G174100000053 | ANA001090 | $ | 500.00 | Abandon | 12/8/2017 |
| PA | Indiana Regional Medical Center | IRMC - 119 Professional Center | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 2018070043 | PA-001858 | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Indiana Regional Medical Center | IRMC - Blairsville Annex | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 2018070041 | PA-001859 | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Indiana Regional Medical Center | IRMC - Main Hospital | Telco Systems 380 | Telco Systems 380 | T-Marc 380 | 0317440070 | PA-001857 | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Indiana University of Pennsylvania | IUP - Monroeville | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | H4982689 | | $ | 600.00 | Abandon | 1/28/2019 |
| PA | Indiana University of Pennsylvania | IUP - Stright Hall | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | G2450343 | | $ | 600.00 | Abandon | 1/28/2019 |

| State | Customer | Location | Equipment | Equipment | Model | Serial | Asset Tag | | Amount | Status | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | Inperium | Inperium - Reading | Cisco 4431 Router | Cisco 4431 Router | ISR4431 | FJC2120D0QD | PA-001846 | | $ 300.00 | Abandon | 1/31/2019 |
| PA | JC Blair Memorial Hospital | JC Blair - Huntingdon | Ciena 3920 | Ciena 3920 | 3920 | M8041856 | PA-001599 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | KINBER | KINBER - HACC - Gettysburg | Ciena 3916 | Ciena 3916 | 3916 | M8787622 | PA-001796 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | KINBER | KINBER - HACC - Harrisburg (Main Office) | Ciena 3916 | Ciena 3916 | 3916 | M8787611 | PA-001795 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | KINBER | KINBER - HACC - Harrisburg (Main Office) | Ciena 3916 | Ciena 3916 | 3916 | M8787637 | | | $ 400.00 | Abandon | 1/30/2019 |
| PA | KINBER | KINBER - HACC - Lebanon | Ciena 3916 | Ciena 3916 | 3916 | M8787587 | PA-001798 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | KINBER | KINBER - HACC - York | Ciena 3916 | Ciena 3916 | 3916 | M8787586 | PA-001797 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | KINBER | Harrisburg Area Community College | Zotac ZBOX MI527 Nano | ZBOX MI527 Nano | ZBOX-M1527NANO | G173400000480 | ANA001022 | | $ 500.00 | Abandon | 5/21/2018 |
| PA | Lancaster Bible College | LBC - Lancaster Bible College | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | H1782205 | PA-000308 | | $ 600.00 | Abandon | 1/28/2019 |
| PA | Lancaster Laboratories | Lancaster Labs - Lancaster | Alvarion RB-B14-5.8 | Alvarion RB-B14-5.8 | | 0010E7E40B7D | | | Unknown | Abandon | 2/1/2019 |
| PA | Lancaster Laboratories | Lancaster Labs - Lancaster | Antenna - 1ft 5.8G | Antenna - 1ft 5.8G | | | | | $ 100.00 | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Burkholder Paving | Alcatel 6224 | Alcatel 6224 | LS-6224 | J168A995 | | | $ 500.00 | Abandon | 1/28/2019 |
| PA | Martin Limestone Inc. | NESL - New Holland Concrete | Alcatel 6224 | Alcatel 6224 | LS-6224 | J168A995 | | | $ 500.00 | Abandon | 1/28/2019 |
| PA | Martin Limestone Inc. | NESL - Corporate | Alvarion BU-B100-5.4 | Alvarion BU-B100-5.4 | | 0010E7845A6C | | | Unknown | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Limeville | Alvarion RB-B14-5.8 | Alvarion RB-B14-5.8 | | 0010E7C4881B | | | Unknown | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Valley Forge | Alvarion RB-B14-5.8 | Alvarion RB-B14-5.8 | | 0010E7E40B79 | | | Unknown | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Burkholder Paving | Alvarion RB-B28-5.8 | Alvarion RB-B28-5.8 | | 0010E7A43C99 | | | Unknown | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Corporate | Antenna - 2ft 5.8G | Antenna - 2ft 5.8G | PX2F-52 | | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Limeville | Antenna - 2ft 5.8G | Antenna - 2ft 5.8G | PX2F-52 | | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Valley Forge | Antenna - 2ft 5.8G | Antenna - 2ft 5.8G | PX2F-52 | | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Denver | Antenna - Cielo 1ft, 23G, | Antenna - Cielo 1ft, 23G, Andrew | VHLP1-23 | | | | $ 100.00 | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Corporate | Antenna - Cielo 2ft, 11G, | Antenna - Cielo 2ft, 11G, Andrew | VHLP2-11 | | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - New Holland Concrete | Cabinet | Cabinet | WASP Cabinet | | | | $ 150.00 | Abandon | 1/31/2019 |
| PA | Martin Limestone Inc. | NESL - Corporate | Cielo 11 GHZ High Subband 2 | Cielo 11 GHZ High Subband 2 WIDE | | R28070130 | | | $ 400.00 | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Denver | Cielo 23 GHZ High Subband 3 | Cielo 23 GHZ High Subband 3 WIDE | | R48086179 | | | $ 400.00 | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Corporate | Cielo CG2 IDU 200 | Cielo CG2 IDU 200 | | 3010300020502908 | | | $ 400.00 | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Denver | Cielo CG2 IDU 200 | Cielo CG2 IDU 200 | | 3010300020502906 | | | $ 400.00 | Abandon | 2/1/2019 |
| PA | Martin Limestone Inc. | NESL - Burkholder Paving | Ciena 3916 | Ciena 3916 | 3916 | M8611542 | PA-001714 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Martin Limestone Inc. | NESL - Corporate | Ciena 3916 | Ciena 3916 | 3916 | M8611545 | PA-001714 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Martin Limestone Inc. | NESL - Denver | Ciena 3916 | Ciena 3916 | 3916 | M8611540 | PA-001712 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Martin Limestone Inc. | NESL - Limeville | Ciena 3916 | Ciena 3916 | 3916 | M8611541 | PA-001717 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Martin Limestone Inc. | NESL - Valley Forge | Ciena 3916 | Ciena 3916 | 3916 | M8704763 | PA-001773 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Martin Limestone Inc. | NESL - Weaverland Quarry | Ciena 3916 | Ciena 3916 | 3916 | M8611543 | PA-001715 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Martin Limestone Inc. | NESL - Corporate | Ruckus P300 PTP Radio | Ruckus P300 PTP Radio | | 911603504419 | | | $ 600.00 | Abandon | 1/30/2019 |
| PA | Martin Limestone Inc. | NESL - Denver | Ruckus P300 PTP Radio | Ruckus P300 PTP Radio | | 911603804223 | | | $ 600.00 | Abandon | 1/30/2019 |
| PA | Martin Limestone Inc. | NESL - New Holland Concrete | Ruckus P300 PTP Radio | Ruckus P300 PTP Radio | | 911603704529 | | | $ 600.00 | Abandon | 1/30/2019 |
| PA | Martin Limestone Inc. | NESL - Weaverland Quarry | Ruckus P300 PTP Radio | Ruckus P300 PTP Radio | | 911603704228 | | | $ 600.00 | Abandon | 1/30/2019 |
| PA | Masters Communications | Masters - Hays Mill Fire Tower | Alcatel 6224 | Alcatel 6224 | LS-6224 | H2180067 | | | $ 500.00 | Abandon | 1/28/2019 |
| PA | Masters Communications | Masters - Hays Mill Fire Tower | Antenna - 3ft 5.8G | Antenna - 3ft 5.8G | PX3F-52 | | | | $ 200.00 | Abandon | 2/1/2019 |
| PA | Masters Communications | Masters - Hays Mill Fire Tower | APC UPS | APC UPS | Smart-UPS 2200 RM XL | JS0631036192 | | | $ 500.00 | Abandon | 1/30/2019 |
| PA | Masters Communications | Masters - Hays Mill Fire Tower | Orthogon-300-ODU-Ext | Orthogon-300-ODU-Ext | PTP-600-C | 00:04:56:80:2b:69 | | | Unknown | Abandon | 2/1/2019 |
| PA | Masters Communications | Masters - Baer Tower | Radwin RW-2050-D100 | Radwin RW-2050-D100 | Radwin Ltd. | P12820000A00A47 | | | Unknown | Abandon | 2/1/2019 |
| PA | Meadville Medical Center | Meadville Medical Center - Grove Street | Ciena 3916 | Ciena 3916 | 3916 | M9064932 | PA-001856 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Meadville Medical Center | Meadville Medical Center - Grove Street | Zotac ZBOX MI527 Nano | ZBOX MI527 Nano | ZBOX-M1527NANO | G173400000048 | ANA001032 | | $ 500.00 | Abandon | 6/18/2018 |
| PA | Meadville Medical Center | Meadville Medical Center - Main Hospital | Zotac ZBOX MI527 Nano | ZBOX MI527 Nano | ZBOX-M1527NANO | G174100000108 | ANA001055 | | $ 500.00 | Abandon | 6/18/2018 |
| PA | Moshannon Valley School District | Moshannon Valley SD - Houtzdale | FortiGate-300D | FortiGate-300D | FGT_300D | FGT3HD3916802502 | | | $ 400.00 | Abandon | 1/29/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Kistler ES | Alcatel 7210 SAS-M | Alcatel 7210 SAS-M | SAS-M 7210 | NSO947C0551 | PA-000596 | | $ 700.00 | Abandon | 1/28/2018 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Shirley Township ES | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0720478 | | | $ 700.00 | Abandon | 1/31/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Shirley Township ES | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0625430 | | | $ 700.00 | Abandon | 1/31/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Shirley Township ES | Alcatel 9500MXC ODU 18G High | Alcatel 9500MXC ODU 18G High | Alcatel ODU 300 HP | EBT0631012 3 | | | $ 700.00 | Abandon | 1/31/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Kistler ES | Alcatel 9500MXC ODU 18G Low | Alcatel 9500MXC ODU 18G Low | | EBT0636410B | | | $ 700.00 | Abandon | 1/31/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Shirley Township ES | Antenna - Alcatel 2ft 18G | Antenna - Alcatel 2ft 18G | VHLP2-18-SE1 | | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Kistler ES | Antenna - Alcatel 9500 2ft 18G | Antenna - Alcatel 9500 2ft 18G | VHLP2-18-SE1 | | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Shirley Township ES | Antenna - Cielo 2ft, 18G, | Antenna - Cielo 2ft, 18G, Andrew | VHLP2-18-SE1 | | | | $ 150.00 | Abandon | 2/1/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Shirley Township ES | Cielo 18 GHZ High Subband 3 | Cielo 18 GHZ High Subband 3 WIDE | | R26070004 | | | $ 400.00 | Abandon | 2/1/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Shirley Township ES | Cielo CG2 IDU 300 | Cielo CG2 IDU 300 | | 3010300020101039 | | | $ 400.00 | Abandon | 2/1/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Kistler ES | Ciena 3930 | Ciena 3930 | 3930 | M8747160 | PA-001790 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Shirley Township ES | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121589 | | | $ 400.00 | Abandon | 1/29/2019 |
| PA | Mount Union Area School District | IU11 - Mount Union Area SD - Mapleton-Union ES | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121590 | | | $ 400.00 | Abandon | 1/29/2019 |
| PA | Nason Hospital | Nason - Roaring Springs | Ciena 3916 | Ciena 3916 | 3916 | M8535363 | PA-001699 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Nason Hospital | Nason - Roaring Springs | Ciena 3916 | Ciena 3916 | 3916 | M8535360 | PA-001700 | | $ 400.00 | Abandon | 1/30/2019 |
| PA | Northern Bedford County School District | Northern Bedford County SD - Bedford | FortiGate-100E | FortiGate-100E | FGT_100E | FG100E4Q16002667 | | | $ 400.00 | Abandon | 1/29/2019 |
| PA | Orthopedic Institute of PA | OIP - Harrisburg Office | Alcatel 6212 | Alcatel 6212 | LS-6212 | K068A919 | | | $ 500.00 | Abandon | 1/28/2019 |
| PA | Orthopedic Institute of PA | OIP - Hershey Office | Alcatel 6212 | Alcatel 6212 | LS-6212 | L428B110 | | | $ 500.00 | Abandon | 1/28/2019 |
| PA | Orthopedic Institute of PA | OIP - Main Camp Hill | Alcatel 6212 | Alcatel 6212 | LS-6212 | K068A464 | | | $ 500.00 | Abandon | 1/28/2019 |
| PA | Orthopedic Institute of PA | OIP - Carlisle Office | Alcatel 6224 | Alcatel 6224 | LS-6224 | I4988573 | | | $ 500.00 | Abandon | 1/28/2019 |
| PA | Orthopedic Institute of PA | OIP - Harrisburg Office | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0839H663 | | | $ 700.00 | Abandon | 1/31/2019 |
| PA | Orthopedic Institute of PA | OIP - Main Camp Hill | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0729290 | | | $ 700.00 | Abandon | 1/31/2019 |
| PA | Orthopedic Institute of PA | OIP - Harrisburg Office | Alcatel 9500MXC ODU 11G High | Alcatel 9500MXC ODU 11G High | Alcatel ODU 300 HP | EBT09144430 | | | $ 700.00 | Abandon | 1/31/2019 |
| PA | Orthopedic Institute of PA | OIP - Main Camp Hill | Alcatel 9500MXC ODU 11G Low | Alcatel 9500MXC ODU 11G Low | Alcatel ODU 300 HP | EBT0906E237 | | | $ 700.00 | Abandon | 1/31/2019 |
| PA | Orthopedic Institute of PA | OIP - Harrisburg Office | Antenna - Alcatel 9500 4ft 11G | Antenna - Alcatel 9500 4ft 11G | VHLP4-11-SE1 | | | | $ 200.00 | Abandon | 2/1/2019 |
| PA | Orthopedic Institute of PA | OIP - Main Camp Hill | Antenna - Alcatel 9500 4ft 11G | Antenna - Alcatel 9500 4ft 11G | VHLP800-11 | | | | $ 200.00 | Abandon | 2/1/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - HS | Alcatel 6212 | Alcatel 6212 | LS-6212 | J418A027 | | | $ 500.00 | Abandon | 1/28/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - MS | Alcatel 6212 | Alcatel 6212 | LS-6212 | J418A109 | | | $ 500.00 | Abandon | 1/28/2019 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PA | Penn Cambria School District | Penn Cambria SD - Primary School | Alcatel 6212 | Alcatel 6212 | LS-6212 | J448A134 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - Intermediate School | Alcatel 6224 | Alcatel 6224 | LS-6224 | J428A441 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - HS | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0828M180 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - Intermediate School | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0828M164 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - Intermediate School | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0828M162 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - MS | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0828M178 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - Primary School | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0828M173 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - Intermediate School | Alcatel 9500MXC ODU 18G High | Alcatel 9500MXC ODU 18G High | Alcatel ODU 300 HP | EBT07011667 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - MS | Alcatel 9500MXC ODU 18G High | Alcatel 9500MXC ODU 18G High | Alcatel ODU 300 HP | EBT0902R251 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - HS | Alcatel 9500MXC ODU 23G High | Alcatel 9500MXC ODU 23G High | Alcatel ODU 300 HP | EBT0829A015 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - Intermediate School | Alcatel 9500MXC ODU 23G High | Alcatel 9500MXC ODU 23G High | Alcatel ODU 300 HP | EBT0829A016 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - Primary School | Alcatel 9500MXC ODU 23G Low | Alcatel 9500MXC ODU 23G Low | Alcatel ODU 300 HP | EBT0920P537 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - HS | Antenna - Alcatel 9500 1ft 23G | Antenna - Alcatel 9500 1ft 23G | VHLP1-23 | | | $ | 150.00 | Abandon | 2/1/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - Intermediate School | Antenna - Alcatel 9500 1ft 23G | Antenna - Alcatel 9500 1ft 23G | VHLP1-23 | | | $ | 150.00 | Abandon | 2/1/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - Intermediate School | Antenna - Alcatel 9500 2ft 18G | Antenna - Alcatel 9500 2ft 18G | VHLP2-18-SE1 | | | $ | 150.00 | Abandon | 2/1/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - MS | Antenna - Alcatel 9500 2ft 18G | Antenna - Alcatel 9500 2ft 18G | VHLP2-18-SE1 | | | $ | 150.00 | Abandon | 2/1/2019 |
| PA | Penn Cambria School District | Penn Cambria SD - Intermediate School | Cabinet | Cabinet | | | | $ | 150.00 | Abandon | 1/31/2019 |
| PA | Penn Highlands Healthcare | PHH - Penn Highlands DuBois | Alcatel 6212 | Alcatel 6212 | LS-6212 | J448A468 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | Pennsylvania College of Art and Design | PCAD - Lancaster | Ciena 3916 | Ciena 3916 | 3916 | M8742111 | PA-001801 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | PMHRD | PMHRD - Administration | Alcatel 6212 | Alcatel 6212 | LS-6212 | J448A258 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | PMHRD | PMHRD - Bradford Regional Medical Center | Alcatel 6212 | Alcatel 6212 | LS-6212 | J518A099 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | PMHRD | PMHRD - Jersey Shore Hospital | Alcatel 6212 | Alcatel 6212 | LS-6212 | L428B133 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | PMHRD | PMHRD - Punxsutawney Hospital | Alcatel 6212 | Alcatel 6212 | LS-6212 | J518A165 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | PMHRD | PMHRD - Endless Mountains Health Systems | Alcatel 6224 | Alcatel 6224 | LS-6224 | H498B653 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | PMHRD | PMHRD - Health Services of Clarion - Clarion Women's | Alcatel 6224 | Alcatel 6224 | LS-6224 | H498B761 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | PMHRD | PMHRD - Health Services of Clarion - Marianne - Marianne | Alcatel 6224 | Alcatel 6224 | LS-6224 | H248A881 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | PMHRD | PMHRD - Clarion County Career Center | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | H1782106 | | $ | 650.00 | Abandon | 1/28/2019 |
| PA | PMHRD | PMHRD - Clarion Hospital | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | G2552256 | | $ | 650.00 | Abandon | 1/28/2019 |
| PA | PMHRD | PMHRD - Punxsutawney Hospital | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0839H727 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | PMHRD | PMHRD - Punxsutawney Hospital | Alcatel 9500MXC ODU 18G High | Alcatel 9500MXC ODU 18G High | Alcatel ODU 300 HP | EBT0843H933 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | PMHRD | PMHRD - Punxsutawney Hospital | Antenna - Alcatel 9500 2ft 18G | Antenna - Alcatel 9500 2ft 18G | VHLP2-18-SE1 | | | $ | 700.00 | Abandon | 2/1/2019 |
| PA | PMHRD | PMHRD - Health Services of Clarion - Brookville - Semeyn | Ciena 3916 | Ciena 3916 | 3916 | M8535305 | PA-001720 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | PMHRD | PMHRD - Health Services of Clarion - Fairmont City - | Ciena 3916 | Ciena 3916 | 3916 | M8535352 | PA-001722 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | PMHRD | PMHRD - Titusville Area Hospital | Ciena 3916 | Ciena 3916 | 3916 | M8535355 | PA-001701 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | PMHRD | PMHRD - Towanda Memorial Hospital | Ciena 3916 | Ciena 3916 | 3916 | M7438313 | PA-001698 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | PMHRD | PMHRD - Towanda Memorial Hospital | Ciena 3916 | Ciena 3916 | 3916 | M7438315 | PA-001697 | $ | 400.00 | Abandon | 1/30/2019 |
| PA | PMHRD | PMHRD - Endless Mountains Health Systems | Cisco 2901 Router | Cisco 2901 Router | C2901 | FGL162926I9S | | $ | 300.00 | Abandon | 1/31/2019 |
| PA | Radio Adventures Corp dba CSOnline | Radio Adventures - Seneca | Alcatel 6212 | Alcatel 6212 | LS-6212 | K078A320 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | Riggs Industries | Riggs - J & J Truck Bodies & Trailers | Alcatel 6224 | Alcatel 6224 | LS-6224 | H498B620 | | $ | 500.00 | Abandon | 1/28/2019 |
| PA | Riggs Industries | Riggs - J & J Truck Boswell | Alcatel 6224 | Alcatel 6224 | LS-6224 | H498B565 | | $ | 400.00 | Abandon | 1/28/2019 |
| PA | Riggs Industries | Riggs - J & J Truck Bodies & Trailers | Alvarion LB5830 IDU | Alvarion LB5830 IDU | | 000902001656 | | | Unknown | Abandon | 2/1/2019 |
| PA | Riggs Industries | Riggs - J & J Truck Bodies & Trailers | Alvarion RB-B14-5.8 | Alvarion RB-B14-5.8 | | 0010E7A41323 | | | Unknown | Abandon | 2/1/2019 |
| PA | Riggs Industries | Riggs - J & J Truck Equipment (Lincoln Supply) | Alvarion RB-B14-5.8 | Alvarion RB-B14-5.8 | | 0010E7A41323 | | | Unknown | Abandon | 2/1/2019 |
| PA | Riggs Industries | Riggs - J & J Truck Boswell | Alvarion SU-54-BD-5.8 | Alvarion SU-54-BD-5.8 | | 6808260 | PA-002089 | | Unknown | Abandon | 2/1/2019 |
| PA | Riggs Industries | Riggs - J & J Truck Errer Hill Farm | Alvarion SU-54-BD-5.8 | Alvarion SU-54-BD-5.8 | | 0010E7A424CA | | | Unknown | Abandon | 2/1/2019 |
| PA | Riggs Industries | Riggs - J & J Truck Boswell | Antenna - 2ft 5.8G | Antenna - 2ft 5.8G | PX2F-52 | 156700 | PA-002088 | $ | 150.00 | Abandon | 2/1/2019 |
| PA | Riggs Industries | Riggs - J & J Truck Equipment (Lincoln Supply) | Antenna - 2ft 5.8G | Antenna - 2ft 5.8G | PX2F-52 | | | $ | 150.00 | Abandon | 2/1/2019 |
| PA | Somerset County Technology Center | Somerset CTC - Somerset | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0839H665 | | $ | 700.00 | Abandon | 2/13/2019 |
| PA | Somerset County Technology Center | Somerset CTC - Somerset | Alcatel 9500MXC ODU 18G High | Alcatel 9500MXC ODU 18G High | Alcatel ODU 300 HP | EBT0902R336 | | $ | 700.00 | Abandon | 2/13/2019 |
| PA | Somerset County Technology Center | Somerset CTC - Somerset | Antenna - Alcatel 9500 2ft 18G | Antenna - Alcatel 9500 2ft 18G | | tbd | | $ | 150.00 | Abandon | 2/13/2019 |
| PA | Somerset County Technology Center | Somerset CTC - Somerset | Cisco SPA122 ATA | Cisco SPA122 ATA | SPA122 V02 | CCQ17460SNM | PA-001575 | | Unknown | Abandon | 1/31/2019 |
| PA | Somerset County Technology Center | Somerset CTC - Somerset | Edgemarc 4570-30 | Edgemarc 4570-30 | 4570-100-0030 | HS14450300I | PA-001426 | | Unknown | Abandon | 1/31/2019 |
| PA | Somerset County Technology Center | Somerset CTC - Somerset | FortiGate-60D | FortiGate-60D | FG-60D | FGT60D461300084 | | $ | 400.00 | Abandon | 1/29/2019 |
| PA | Somerset County Technology Center | Somerset CTC - Somerset | Swann NVR | Swann NVR | SWNHD-820CAM | SWNHD- | | | Unknown | Abandon | 2/1/2019 |
| PA | Southern Fulton School District | IU11 - Southern Fulton SD - Southern Fulton ES | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0828M185 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Southern Fulton School District | IU11 - Southern Fulton SD - Southern Fulton ES | Alcatel 9500MXC ODU 11G High | Alcatel 9500MXC ODU 11G High | Alcatel ODU 300 HP | EBT06274273 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Southern Fulton School District | IU11 - Southern Fulton SD - Southern Fulton ES | Antenna - Alcatel 9500 3ft 11G | Antenna - Alcatel 9500 3ft 11G | VHLP800-11-SE1 | | PA-002363 | $ | 150.00 | Abandon | 2/1/2019 |
| PA | Southern Fulton School District | IU11 - Southern Fulton SD - Junior-Senior HS | APC UPS | APC UPS | Smart-UPS 750 RM | AS0424110813 | | $ | 500.00 | Abandon | 1/30/2019 |
| PA | Southern Fulton School District | IU11 - Southern Fulton SD - Junior-Senior HS | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121525 | | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Southern Fulton School District | IU11 - Southern Fulton SD - Southern Fulton ES | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121650 | | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Southern Huntingdon County School District | IU11 - Southern Huntingdon Cty SD - Junior-Senior HS | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121635 | | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Southern Huntingdon County School District | IU11 - Southern Huntingdon Cty SD - Junior-Senior HS | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121669 | | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Southern Huntingdon County School District | IU11 - Southern Huntingdon Cty SD - Rockhill ES | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121647 | | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Southern Huntingdon County School District | IU11 - Southern Huntingdon Cty SD - Shade Gap ES | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121609 | | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Southern Huntingdon County School District | IU11 - Southern Huntingdon Cty SD - Spring Farms ES | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121658 | | $ | 500.00 | Abandon | 1/29/2019 |
| PA | Time Warner Cable - Customer | TWC - Edinboro Medical Center | Alcatel 6212 | Alcatel 6212 | LS-6212 | K068A836 | | $ | 400.00 | Abandon | 1/28/2019 |
| PA | Time Warner Cable - Customer | TWC - Warren General Hospital | Alcatel 6212 | Alcatel 6212 | LS-6212 | | | $ | 400.00 | Abandon | 1/28/2019 |
| PA | Time Warner Cable - Customer | TWC - Youngsville Medical Center | Alcatel 6212 | Alcatel 6212 | LS-6212 | | | $ | 400.00 | Abandon | 1/28/2019 |
| PA | Tuscarora IU 11 | IU11 - Mifflin County Christian Academy | Alcatel 6212 | Alcatel 6212 | LS-6212 | L428B112 | PA-000194 | $ | 400.00 | Abandon | 1/28/2019 |
| PA | Tuscarora IU 11 | IU11 - Forbes Road SD | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0828M153 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Tuscarora IU 11 | IU11 - Trough Creek Youth Forestry Camp | Alcatel 9500MXC IDU ES + 8x | Alcatel 9500MXC IDU ES + 8x | | EBT0828M171 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Tuscarora IU 11 | IU11 - Trough Creek Youth Forestry Camp | Alcatel 9500MXC ODU 11G High | Alcatel 9500MXC ODU 11G High | Alcatel ODU 300 HP | EBT0825O665 | | $ | 700.00 | Abandon | 1/31/2019 |
| PA | Tuscarora IU 11 | IU11 - Forbes Road SD | Alcatel 9500MXC ODU 18G Low | Alcatel 9500MXC ODU 18G Low | Alcatel ODU 300 HP | EBT06402930 | | $ | 700.00 | Abandon | 1/31/2019 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PA | Tuscarora IU 11 | IU11 - Forbes Road SD | Antenna - Alcatel 9500 2ft 18G | Antenna - Alcatel 9500 2ft 18G | VHLP2-18-SE1 | | | $ 200.00 | Abandon | 2/1/2019 |
| PA | Tuscarora IU 11 | IU11 - Trough Creek Youth Forestry Camp | Antenna - Alcatel 9500 3ft 11G | Antenna - Alcatel 9500 3ft 11G | VHLP800-11-SE1 | | | $ 200.00 | Abandon | 2/1/2019 |
| PA | Tuscarora IU 11 | IU11 - Belleville Mennonite School | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121626 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - Calvary Christian Academy | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121646 | PA-000217 | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - Central Fulton SD | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121649 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - Forbes Road SD | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121659 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - Juniata Mennonite School | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121680 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - Juniata Valley SD | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121654 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - Mifflin County CTC | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121572 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - Mifflin County SD - Admin Building | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121667 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - Mount Union Annex | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121679 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - New Day Charter School | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121625 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - South Mountain Secure Treatment Center | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121645 | PA-001432 | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - Trough Creek Youth Forestry Camp | Telco Systems 340 | Telco Systems 340 | TMC-340-NA | 0314121629 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - Huntingdon County CTC | Telco Systems 340F | Telco Systems 340F | T-Marc 340F | 0314191056 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Tuscarora IU 11 | IU11 - Tuscarora IU 11 Main (HQ/POP) | Telco Systems 7124S | Telco Systems 7124S | T-Marc 7124S | 0314030280 | | $ 500.00 | Abandon | 1/29/2019 |
| PA | Venango County | Venango County - Court House | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | G2552248 | | $ 400.00 | Abandon | 1/28/2019 |
| PA | Venango County | Venango County - Jail House | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | H1782165 | | $ 400.00 | Abandon | 1/28/2019 |
| PA | WestPA.net, Inc. | WestPA.net - WICU Ch 12 TV | Alcatel 6850-24 | Alcatel 6850-24 | OS-6850-24 | H4982473 | | $ 400.00 | Abandon | 1/28/2019 |
| PA | West Perry School District | West Perry SD - Blain ES | Ciena 3904 | Ciena 3904 | 3904 | M8120489 | PA-001652 | $ 400.00 | Abandon | 1/30/2019 |
| PA | West Perry School District | West Perry SD - Carroll ES | Ciena 3904 | Ciena 3904 | 3904 | M8152020 | PA-001654 | $ 400.00 | Abandon | 1/30/2019 |
| PA | West Perry School District | West Perry SD - HS | Ciena 3904 | Ciena 3904 | 3904 | M8111933 | PA-001651 | $ 400.00 | Abandon | 1/30/2019 |
| PA | West Perry School District | West Perry SD - New Bloomfield ES | Ciena 3904 | Ciena 3904 | 3904 | M8120499 | PA-001653 | $ 400.00 | Abandon | 1/30/2019 |
| | | | | | | | | $ 127,850.00 | | |

Schedule B, Part 9, Question 55

**AFFINITI PA, LLC - REAL PROPERTY ASSETS - TOWERS**

| Site Name | Site Address | City | State | Zip Code | Latitude | Longitude | Structure Type | AGL (ft) | Active | Existence | County | School? | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Affiniti - Cave Hill | No Street Address | Three Springs | PA | 17264 | 40.1858333 | -77.9912222 | Self Support Tower | 140 | No | Yes | Huntingdon | NO | |
| Affiniti - Field 3 | No Street Address | Flinton | PA | 16640 | 40.715056 | -78.513194 | Guyed Tower | 150 | No | Yes | Cambria | NO | Abandoned |
| Affiniti - Rosebud | No Street Address | Coalport | PA | 16627 | 40.7508333 | -78.5432778 | Guyed Tower | 150 | No | Yes | Clearfield | NO | Abandoned |
| Affiniti - Tionesta Cemetary | Mt Collins Cemetary Rt 62 | Tionesta | PA | 16353 | 41.4888888 | -79.4630555 | Self Support Tower | 120 | No | Yes | Forest | NO | |
| IU11 - Fulton County Christian | 8159 Great Sove Rd | Needmore | PA | 17238 | 39.848881 | -78.144193 | Self Support Tower | 120 | No | Yes | Fulton | YES | |
| IU11 - Shade Gap ES | 22251 Shade Valley Rd. | Shade Gap | PA | 17255 | 40.184029 | -77.860413 | Self Support Tower | 120 | No | Yes | Huntingdon | YES | |
| New Enterprise Stone - Limeville | 520 Lime Quarry Rd | Gap | PA | 17527 | 40.011653 | -75.969405 | Self Support Tower | 120 | No | Yes | Lancaster | NO | |
| Penn Cambria - Primary School | 400 Main St. | Lilly | PA | 15938 | 40.420892 | -78.626459 | Self Support Tower | 120 | No | Yes | Cambria | YES | |

Schedule B, Part 10, Question #64

| Customer_ID | Customer_Name | Customer_Class | DocType | dOCDATE | dUEDATE | DOCNUMBR | Original_amount | Amount Due as of 7/30/19 | Days Outstanding | Aging | Collection Path | Date Paid | Check Number | Amount Paid | Current Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brander Group | Brander Group | PA-CUST | Invoice | 10/28/2019 | 11/15/2019 | 10282019 agr | 61,440.00 | 61,440.00 | - | Current | | | | - | 61,440.00 |
| IDS-PA | Internet Data Services, Inc. | PA-CUST | Invoice | 6/30/2019 | 7/30/2019 | SLS 395 | 30,720.00 | 30,720.00 | 108 | Over 90 | Bankruptcy | | | | 30,720.00 |
| | | | | | | | | | | | | | Total | | **92,160.00** |

## Schedule B, Part 3, Question 11

| Customer_ID | Customer_Name | Customer_Class | DocType | dOCDATE | dUEDATE | DOCNUMBR | Original_amount | Amount Due as of 7/30/19 | Days Outstanding | Aging | Collection Path | Date Paid | Check Number | Amount Paid | Current Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-IU8SLD-PA | Appalachia | PA-USAC | Invoice | 7/17/2018 | 8/16/2018 | INV0000000010506 | 38,344.95 | 1,489.66 | 456 | Over 90 | Bankruptcy | | | | 1,489.66 |
| BKASR-PA | Blue Knob | PA-CUST | Invoice | 5/1/2019 | 5/31/2019 | INV0000000012935 | 750.00 | 750.00 | 168 | Over 90 | Bankruptcy | | | | 750.00 |
| BKASR-PA | Blue Knob | PA-CUST | Invoice | 6/1/2019 | 7/1/2019 | INV0000000013125 | 750.00 | 750.00 | 137 | Over 90 | Bankruptcy | | | | 750.00 |
| EVERLINK-PA | Everlink | PA-CUST | Invoice | 4/1/2019 | 5/1/2019 | INV0000000012752 | 1,000.00 | 1,000.00 | 198 | Over 90 | Bankruptcy | | | | 1,000.00 |
| EVERLINK-PA | Everlink | PA-CUST | Invoice | 5/1/2019 | 5/31/2019 | INV0000000012948 | 1,000.00 | 1,000.00 | 168 | Over 90 | Bankruptcy | | | | 1,000.00 |
| EVERLINK-PA | Everlink | PA-CUST | Invoice | 6/1/2019 | 7/1/2019 | INV0000000013137 | 1,000.00 | 1,000.00 | 137 | Over 90 | Bankruptcy | | | | 1,000.00 |
| MWIU4-PA | Midwester | PA-CUST | Invoice | 9/1/2018 | 10/1/2018 | INV0000000011052 | 3,153.96 | 3,153.96 | 410 | Over 90 | Bankruptcy | | | | 3,153.96 |
| MWIU4SLD-PA | Midwester | PA-CUST | Invoice | 6/5/2018 | 7/5/2018 | INV0000000010122 | 39,921.73 | 3,658.24 | 498 | Over 90 | Bankruptcy | | | | 3,658.24 |
| NROCBROADBND-PA | Noroc Broa | PA-CUST | Invoice | 6/1/2019 | 7/1/2019 | INV0000000013166 | 1,250.00 | 1,250.00 | 137 | Over 90 | Bankruptcy | | | | 1,250.00 |
| NRTHRNPTTER-PA | Northern P | PA-CUST | Invoice | 3/1/2019 | 3/31/2019 | INV0000000012480 | 150.00 | 150.00 | 229 | Over 90 | Bankruptcy | | | | 150.00 |
| NRTHRNPTTER-PA | Northern P | PA-CUST | Invoice | 3/18/2019 | 4/17/2019 | SLS 339 | 4,294.87 | 4,294.87 | 212 | Over 90 | Bankruptcy | | | | 4,294.87 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 2/1/2019 | 3/18/2019 | INV0000000012398 | 1,176.75 | 642.33 | 242 | Over 90 | Bankruptcy | | | | 642.33 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 2/1/2019 | 3/18/2019 | INV0000000012399 | 1,750.00 | 953.75 | 242 | Over 90 | Bankruptcy | | | | 953.75 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 2/1/2019 | 3/18/2019 | INV0000000012400 | 8,687.25 | 4,728.30 | 242 | Over 90 | Bankruptcy | | | | 4,728.30 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 2/1/2019 | 3/18/2019 | INV0000000012415 | 1,275.00 | 790.74 | 242 | Over 90 | Bankruptcy | | | | 790.74 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 2/1/2019 | 3/18/2019 | INV0000000012396 | 3,806.25 | 2,074.41 | 242 | Over 90 | Bankruptcy | | | | 2,074.41 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 2/1/2019 | 3/18/2019 | INV0000000012397 | 2,178.38 | 1,187.22 | 242 | Over 90 | Bankruptcy | | | | 1,187.22 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 3/1/2019 | 4/15/2019 | INV0000000012597 | 3,806.25 | 2,074.41 | 214 | Over 90 | Bankruptcy | | | | 2,074.41 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 3/1/2019 | 4/15/2019 | INV0000000012598 | 2,178.38 | 1,654.73 | 214 | Over 90 | Bankruptcy | | | | 1,654.73 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 3/1/2019 | 4/15/2019 | INV0000000012600 | 1,750.00 | 953.75 | 214 | Over 90 | Bankruptcy | | | | 953.75 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 3/1/2019 | 4/15/2019 | INV0000000012601 | 8,687.25 | 4,903.12 | 214 | Over 90 | Bankruptcy | | | | 4,903.12 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 3/1/2019 | 4/15/2019 | INV0000000012603 | 1,275.00 | 730.74 | 214 | Over 90 | Bankruptcy | | | | 730.74 |
| PMHRD-PA | PMHRD | PA-CUST-H | Payment | 3/8/2019 | 1/1/1900 | PYMNT00013845 | (51,868.22) | (3,268.46) | 43,783 | Over 90 | Bankruptcy | | | | (3,268.46) |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 4/1/2019 | 5/16/2019 | INV0000000012818 | 3,806.25 | 2,074.41 | 183 | Over 90 | Bankruptcy | | | | 2,074.41 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 4/1/2019 | 5/16/2019 | INV0000000012819 | 2,178.38 | 1,187.22 | 183 | Over 90 | Bankruptcy | | | | 1,187.22 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 4/1/2019 | 5/16/2019 | INV0000000012820 | 1,176.75 | 642.33 | 183 | Over 90 | Bankruptcy | | | | 642.33 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 4/1/2019 | 5/16/2019 | INV0000000012821 | 1,750.00 | 953.75 | 183 | Over 90 | Bankruptcy | | | | 953.75 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 4/1/2019 | 5/16/2019 | INV0000000012822 | 8,687.25 | 4,728.30 | 183 | Over 90 | Bankruptcy | | | | 4,728.30 |
| PMHRD-PA | PMHRD | PA-CUST-H | Credit Me | 4/1/2019 | 5/16/2019 | INV0000000012823 | 1,275.00 | 730.74 | 183 | Over 90 | Bankruptcy | | | | 730.74 |
| PMHRD-PA | PMHRD | PA-CUST-H | Credit Me | 4/1/2019 | 4/1/2019 | INV0000000013028 | (356.24) | (356.24) | 228 | Over 90 | Bankruptcy | | | | (356.24) |
| PMHRD-PA | PMHRD | PA-CUST-H | Payment | 4/23/2019 | 1/1/1900 | PYMNT00014163 | (2,119.26) | (2,119.26) | 318 | Over 90 | Bankruptcy | | | | (2,119.26) |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 5/1/2019 | 6/15/2019 | INV0000000013010 | 2,178.38 | 2,178.38 | 153 | Over 90 | Bankruptcy | | | | 2,178.38 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 5/1/2019 | 6/15/2019 | INV0000000013011 | 1,176.75 | 1,176.75 | 153 | Over 90 | Bankruptcy | | | | 1,176.75 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 5/1/2019 | 6/15/2019 | INV0000000013012 | 1,750.00 | 1,750.00 | 153 | Over 90 | Bankruptcy | | | | 1,750.00 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 5/1/2019 | 6/15/2019 | INV0000000013013 | 8,687.25 | 8,687.25 | 153 | Over 90 | Bankruptcy | | | | 8,687.25 |
| PMHRD-PA | PMHRD | PA-CUST-H | Credit Me | 5/1/2019 | 5/1/2019 | INV0000000013009 | (2,137.50) | (2,137.50) | 198 | Over 90 | Bankruptcy | | | | (2,137.50) |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 5/1/2019 | 6/15/2019 | INV0000000013009 | 3,806.25 | 3,806.25 | 153 | Over 90 | Bankruptcy | | | | 3,806.25 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 5/1/2019 | 6/15/2019 | INV0000000013014 | 1,275.00 | 730.74 | 153 | Over 90 | Bankruptcy | | | | 730.74 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 6/1/2019 | 7/16/2019 | INV0000000013210 | 3,806.25 | 3,806.25 | 122 | Over 90 | Bankruptcy | | | | 3,806.25 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 6/1/2019 | 7/16/2019 | INV0000000013211 | 2,178.38 | 2,178.38 | 122 | Over 90 | Bankruptcy | | | | 2,178.38 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 6/1/2019 | 7/16/2019 | INV0000000013212 | 1,176.75 | 1,176.75 | 122 | Over 90 | Bankruptcy | | | | 1,176.75 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 6/1/2019 | 7/16/2019 | INV0000000013213 | 1,750.00 | 1,750.00 | 122 | Over 90 | Bankruptcy | | | | 1,750.00 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 6/1/2019 | 7/16/2019 | INV0000000013214 | 6,649.75 | 6,549.75 | 122 | Over 90 | Bankruptcy | | | | 6,549.75 |
| PMHRD-PA | PMHRD | PA-CUST-H | Invoice | 6/1/2019 | 7/16/2019 | INV0000000013215 | 1,275.00 | 1,275.00 | 122 | Over 90 | Bankruptcy | | | | 1,275.00 |
| PMHRD-PA | PMHRD | PA-CUST-H | Payment | 6/30/2019 | 9/3/2019 | PYMNT001585 | (8,012.61) | (8,021.61) | 73 | 61 to 90 | Bankruptcy | 9/24/2019 | 1585 | | (8,021.61) |
| PMHRD-PA | PMHRD | PA-CUST-HCF | Payment | 6/30/2019 | 9/3/2019 | PYMNT001585 | (544.26) | (544.26) | 73 | 61 to 90 | Bankruptcy | 9/24/2019 | 1585 | | (544.26) |

**Total** 68,125.15

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $436,697.53 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $68,125.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $127,850.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $92,160.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $824,832.68 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $824,832.68 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Affiniti PA, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims | | |
|---|---|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

**Global Leverage Capital Credit**
Creditor's Name

**Opportunity Fund I (GLC)**
**451 Jackson Street**
**2nd Floor**
**San Francisco, CA 94111**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/31/2014**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**All Affiniti Assets**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $13,470,604.38 | $0.00 |

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

| $13,470,604.38 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Affiniti PA, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,600.00** | **$1,600.00** |
|---|---|---|---|---|
|  | **Commonwealth of Pennsylvania** | *Check all that apply.* | | |
|  | **PO Box 280427** | ☐ Contingent | | |
|  | **Harrisburg, PA 17128** | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY | ☑ No | | |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,233.65** | **$6,233.65** |
|---|---|---|---|---|
|  | **PA Department of Revenue** | *Check all that apply.* | | |
|  | **PO Box 280427** | ☐ Contingent | | |
|  | **Harrisburg, PA 17128-0427** | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **11/01/2019** | **Lien filed on 08/21/2019. Docket #2019-08471** | | |
|  | Last 4 digits of account number **8820** | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY | ☑ No | | |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $726.17 | $726.17 |
|---|---|---|---|---|

2.3

Priority creditor's name and mailing address

**Shade Township**
**Attn: Cynthia J. Walters**
**PO Box 169**
**Cairnbrook, PA 15924**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$726.17        $726.17

Date or dates debt was incurred
**01/10/2019**

Basis for the claim:

Last 4 digits of account number **8259**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**American Legion of Foxburg - PA**
**P.O. Box 348**
**Route 58**
**Foxburg, PA 16036-0348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2018 0:00**
Last 4 digits of account number  **Affiniti PA/STING**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,056.78 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2018 0:00**
Last 4 digits of account number  **3172**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,336.73 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2018 0:00**
Last 4 digits of account number  **3172**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,336.73 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/28/2018 0:00**
Last 4 digits of account number  **3172**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,336.73 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2019 0:00**
Last 4 digits of account number  **3172**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,169.95** |
|---|---|---|---|

**American Tower, LP -93172 -PA**
29637 Network Place
Chicago, IL 60673-1296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2/1/2019 0:00_

Basis for the claim: _

Last 4 digits of account number  _3172_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,254.00** |
|---|---|---|---|

**American Tower, LP -93172 -PA**
29637 Network Place
Chicago, IL 60673-1296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2/1/2019 0:00_

Basis for the claim: _

Last 4 digits of account number  _3172_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,056.78** |
|---|---|---|---|

**American Tower, LP -93172 -PA**
29637 Network Place
Chicago, IL 60673-1296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2/1/2019 0:00_

Basis for the claim: _

Last 4 digits of account number  _3172_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$856.00** |
|---|---|---|---|

**American Tower, LP -93172 -PA**
29637 Network Place
Chicago, IL 60673-1296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2/1/2019 0:00_

Basis for the claim: _

Last 4 digits of account number  _3172_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,254.00** |
|---|---|---|---|

**American Tower, LP -93172 -PA**
29637 Network Place
Chicago, IL 60673-1296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _3/1/2019 0:00_

Basis for the claim: _

Last 4 digits of account number  _3172_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,056.78** |
|---|---|---|---|

**American Tower, LP -93172 -PA**
29637 Network Place
Chicago, IL 60673-1296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _3/1/2019 0:00_

Basis for the claim: _

Last 4 digits of account number  _3172_

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$856.00** |
|---|---|---|---|

**American Tower, LP -93172 -PA**
29637 Network Place
Chicago, IL 60673-1296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _3/1/2019 0:00_

Basis for the claim: _

Last 4 digits of account number  _3172_

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | **$2,169.95** |

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **3/20/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | **$2,169.95** |

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | **$1,254.00** |

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | **$1,056.78** |

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | **$856.00** |

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | **$2,169.95** |

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | **$1,254.00** |

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,056.78 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | | $856.00 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | | $2,494.20 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | | $2,169.95 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | | $1,254.00 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | | $1,056.78 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | | $856.00 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **3172**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,172.76 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **7/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,262.58 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **7/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,063.94 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **7/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $856.00 |
|---|---|---|---|

**American Tower, LP -93172 -PA**
**29637 Network Place**
**Chicago, IL 60673-1296**

Date(s) debt was incurred  **7/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,207.95 |
|---|---|---|---|

**Armstron-1293-PA**
**437 N. Main St.**
**Butler, PA 16001-4358**

Date(s) debt was incurred  **11/1/2018 0:00**

Last 4 digits of account number  **9301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.15 |
|---|---|---|---|

**Armstron-1293-PA**
**437 N. Main St.**
**Butler, PA 16001-4358**

Date(s) debt was incurred  **5/31/2019 0:00**

Last 4 digits of account number  **9301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $707.95 |
|---|---|---|---|

**Armstrong-1283-PA**
**437 N. Main St.**
**Butler, PA 16001-4358**

Date(s) debt was incurred  **11/1/2018 0:00**

Last 4 digits of account number  **8301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,207.95** |
|---|---|---|---|

**Armstrong-1283-PA**
437 N. Main St.
**Butler, PA 16001-4358**

Date(s) debt was incurred  **12/1/2018 0:00**

Last 4 digits of account number  **8301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,207.95** |
|---|---|---|---|

**Armstrong-1283-PA**
437 N. Main St.
**Butler, PA 16001-4358**

Date(s) debt was incurred  **1/1/2019 0:00**

Last 4 digits of account number  **8301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,361.30** |
|---|---|---|---|

**Armstrong-1283-PA**
437 N. Main St.
**Butler, PA 16001-4358**

Date(s) debt was incurred  **5/31/2019 0:00**

Last 4 digits of account number  **8301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,888.70** |
|---|---|---|---|

**Armstrong-1286-PA**
437 N. Main St.
**Butler, PA 16001-4358**

Date(s) debt was incurred  **11/1/2018 0:00**

Last 4 digits of account number  **8601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,207.95** |
|---|---|---|---|

**Armstrong-1286-PA**
437 N. Main St.
**Butler, PA 16001-4358**

Date(s) debt was incurred  **12/1/2018 0:00**

Last 4 digits of account number  **8601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,207.95** |
|---|---|---|---|

**Armstrong-1286-PA**
437 N. Main St.
**Butler, PA 16001-4358**

Date(s) debt was incurred  **1/1/2019 0:00**

Last 4 digits of account number  **8601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$956.29** |
|---|---|---|---|

**Armstrong-1288-PA**
437 N. Main St.
**Butler, PA 16001-4358**

Date(s) debt was incurred  **11/1/2018 0:00**

Last 4 digits of account number  **8801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,107.95 |
|---|---|---|---|

**Armstrong-1288-PA**
437 N. Main St.
Butler, PA 16001-4358

Date(s) debt was incurred __12/1/2018 0:00__

Last 4 digits of account number __8801__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,107.95 |
|---|---|---|---|

**Armstrong-1288-PA**
437 N. Main St.
Butler, PA 16001-4358

Date(s) debt was incurred __1/1/2019 0:00__

Last 4 digits of account number __8801__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,909.60 |
|---|---|---|---|

**Armstrong-1289-PA**
437 N. Main St.
Butler, PA 16001-4358

Date(s) debt was incurred __11/1/2018 0:00__

Last 4 digits of account number __8901__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,207.95 |
|---|---|---|---|

**Armstrong-1289-PA**
437 N. Main St.
Butler, PA 16001-4358

Date(s) debt was incurred __12/1/2018 0:00__

Last 4 digits of account number __8901__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,207.95 |
|---|---|---|---|

**Armstrong-1289-PA**
437 N. Main St.
Butler, PA 16001-4358

Date(s) debt was incurred __1/1/2019 0:00__

Last 4 digits of account number __8901__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,123.30 |
|---|---|---|---|

**Armstrong-1290-PA**
437 N. Main St.
Butler, PA 16001-4358

Date(s) debt was incurred __11/1/2018 0:00__

Last 4 digits of account number __9001__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,207.95 |
|---|---|---|---|

**Armstrong-1290-PA**
437 N. Main St.
Butler, PA 16001-4358

Date(s) debt was incurred __12/1/2018 0:00__

Last 4 digits of account number __9001__

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,207.95** |
|---|---|---|---|
| | **Armstrong-1290-PA**<br>**437 N. Main St.**<br>**Butler, PA 16001-4358** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/1/2019 0:00** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **9001** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,107.95** |
|---|---|---|---|
| | **Armstrong-1298-PA**<br>**437 N. Main St.**<br>**Butler, PA 16001-4358** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/1/2018 0:00** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **9801** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.70** |
|---|---|---|---|
| | **Armstrong-1298-PA**<br>**437 N. Main St.**<br>**Butler, PA 16001-4358** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **5/31/2019 0:00** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **9801** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00** |
|---|---|---|---|
| | **Atlantic Broadband -5870**<br>**P.O. Box 371801**<br>**Pittsburgh, PA 15250-7801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **5/1/2019 0:00** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **5870** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$406.13** |
|---|---|---|---|
| | **Atlantic Broadband -5870**<br>**P.O. Box 371801**<br>**Pittsburgh, PA 15250-7801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/10/2019 0:00** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **5870** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00** |
|---|---|---|---|
| | **Atlantic Broadband 7698-pa**<br>**P.O. Box 371801**<br>**Pittsburgh, PA 15250-7801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **5/2/2019 0:00** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **7690** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,255.00** |
|---|---|---|---|
| | **Atlantic Broadband 7698-pa**<br>**P.O. Box 371801**<br>**Pittsburgh, PA 15250-7801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/3/2019 0:00** | Basis for the claim:  _ | |
| | Last 4 digits of account number  **7690** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,393.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Atlantic Broadband 9728**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **5/25/2019 0:00**

Last 4 digits of account number  **9720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,405.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Atlantic Broadband 9728**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **6/25/2019 0:00**

Last 4 digits of account number  **9720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $595.04 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**Atlantic Broadband-1016-PA**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **6/3/2018 0:00**

Last 4 digits of account number  **1016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.09 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-------|

**Atlantic Broadband-3074**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **6/1/2018 0:00**

Last 4 digits of account number  **3074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Atlantic Broadband-3074**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **7/1/2018 0:00**

Last 4 digits of account number  **3074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Atlantic Broadband-3349-PA**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **5/3/2019 0:00**

Last 4 digits of account number  **3349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,255.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|

**Atlantic Broadband-3349-PA**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **6/3/2019 0:00**

Last 4 digits of account number  **3349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Atlantic Broadband-4047-PA**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **5/3/2019 0:00**

Last 4 digits of account number  **4047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,005.00 |
|---|---|---|---|

**Atlantic Broadband-4047-PA**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **6/3/2019 0:00**

Last 4 digits of account number  **4047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Atlantic Broadband-5692-PA**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **5/3/2019 0:00**

Last 4 digits of account number  **5692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $755.00 |
|---|---|---|---|

**Atlantic Broadband-5692-PA**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **6/3/2019 0:00**

Last 4 digits of account number  **5692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Atlantic Broadband-8481**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **6/8/2019 0:00**

Last 4 digits of account number  **8480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $755.00 |
|---|---|---|---|

**Atlantic Broadband-8481**
P.O. Box 371801
Pittsburgh, PA 15250-7801

Date(s) debt was incurred  **7/8/2019 0:00**

Last 4 digits of account number  **8480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.92 |
|---|---|---|---|

**Centre Communication Inc**
P.O. Box 119
Bellefonte, PA 16823

Date(s) debt was incurred  **10/31/2018 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.20 |
|---|---|---|---|

**Centre Communication Inc**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2018 0:00

Basis for the claim: _

Last 4 digits of account number  Affiniti PA

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.92 |
|---|---|---|---|

**Centre Communication Inc**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/15/2018 0:00

Basis for the claim: _

Last 4 digits of account number  Affiniti PA

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.92 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/30/2018 0:00

Basis for the claim: _

Last 4 digits of account number  Affiniti PA

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.92 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/2019 0:00

Basis for the claim: _

Last 4 digits of account number  Affiniti PA

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.20 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/15/2019 0:00

Basis for the claim: _

Last 4 digits of account number  Affiniti PA

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.92 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/15/2019 0:00

Basis for the claim: _

Last 4 digits of account number  Affiniti PA

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.20 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/15/2019 0:00

Basis for the claim: _

Last 4 digits of account number  Affiniti PA

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.92 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **Affiniti PA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.20 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **Affiniti PA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.20 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **Affiniti PA**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.92 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **Affiniti PA**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.20 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **Affiniti PA**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $758.92 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **Affiniti PA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.20 |
|---|---|---|---|

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **Affiniti PA**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$758.92** |

**CENTRE TOWER SERVICES, INC**
P.O. Box 119
Bellefonte, PA 16823

Date(s) debt was incurred  6/30/2019 0:00

Last 4 digits of account number  Affiniti PA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$16,506.32** |

**Century Link 0286-PA**
P.O. Box 1319
Charlotte, NC 28201-1319

Date(s) debt was incurred  4/16/2019 0:00

Last 4 digits of account number  9375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$16,506.32** |

**Century Link 0286-PA**
P.O. Box 1319
Charlotte, NC 28201-1319

Date(s) debt was incurred  5/1/2019 0:00

Last 4 digits of account number  9375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$16,506.32** |

**Century Link 0286-PA**
P.O. Box 1319
Charlotte, NC 28201-1319

Date(s) debt was incurred  6/16/2019 0:00

Last 4 digits of account number  9375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$1.00** |

**Century Link 2419 PA**
P.O. Box 1319
Charlotte, NC 28201-1319

Date(s) debt was incurred  4/12/2019 0:00

Last 4 digits of account number  9375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$842.34** |

**Century Link 2419 PA**
P.O. Box 1319
Charlotte, NC 28201-1319

Date(s) debt was incurred  5/1/2019 0:00

Last 4 digits of account number  9375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$794.65** |

**Century Link 2419 PA**
P.O. Box 1319
Charlotte, NC 28201-1319

Date(s) debt was incurred  6/1/2019 0:00

Last 4 digits of account number  9375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.53 |
|---|---|---|---|

**Century Link 2419 PA**
P.O. Box 1319
Charlotte, NC 28201-1319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/2/2019 0:00**

Basis for the claim: _

Last 4 digits of account number **9375**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,045.42 |
|---|---|---|---|

**Century Link 2654 PA**
P.O. Box 1319
Charlotte, NC 28201-1319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/1/2019 0:00**

Basis for the claim: _

Last 4 digits of account number **9375**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,082.96 |
|---|---|---|---|

**Century Link 2654 PA**
P.O. Box 1319
Charlotte, NC 28201-1319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/1/2019 0:00**

Basis for the claim: _

Last 4 digits of account number **9375**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,071.43 |
|---|---|---|---|

**Century Link 2654 PA**
P.O. Box 1319
Charlotte, NC 28201-1319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/1/2019 0:00**

Basis for the claim: _

Last 4 digits of account number **9375**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,046.42 |
|---|---|---|---|

**Century Link 2654 PA**
P.O. Box 1319
Charlotte, NC 28201-1319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/1/2019 0:00**

Basis for the claim: _

Last 4 digits of account number **9375**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,070.15 |
|---|---|---|---|

**Century Link 7395 PA**
P.O. Box 1319
Charlotte, NC 28201-1319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/1/2019 0:00**

Basis for the claim: _

Last 4 digits of account number **9375**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,068.41 |
|---|---|---|---|

**Century Link 7395 PA**
P.O. Box 1319
Charlotte, NC 28201-1319

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/16/2019 0:00**

Basis for the claim: _

Last 4 digits of account number **9375**

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,510.50** |

**Nonpriority creditor's name and mailing address**
**Century Link-1915-PA**
**P.O. Box 1319**
**Charlotte, NC 28201-1319**

Date(s) debt was incurred  **4/13/2019 0:00**

Last 4 digits of account number  **9375**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,510.50**

---

| 3.98 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Century Link-1915-PA**
**P.O. Box 1319**
**Charlotte, NC 28201-1319**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **9375**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,510.50**

---

| 3.99 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Century Link-1915-PA**
**P.O. Box 1319**
**Charlotte, NC 28201-1319**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **9375**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,510.50**

---

| 3.100 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Century Link-9375-PA**
**P.O. Box 1319**
**Charlotte, NC 28201-1319**

Date(s) debt was incurred  **4/3/2019 0:00**

Last 4 digits of account number  **9375**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,752.06**

---

| 3.101 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Century Link-9375-PA**
**P.O. Box 1319**
**Charlotte, NC 28201-1319**

Date(s) debt was incurred  **5/7/2019 0:00**

Last 4 digits of account number  **9375**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,698.95**

---

| 3.102 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Century Link-9375-PA**
**P.O. Box 1319**
**Charlotte, NC 28201-1319**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **9375**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,758.24**

---

| 3.103 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Century Link-9375-PA**
**P.O. Box 1319**
**Charlotte, NC 28201-1319**

Date(s) debt was incurred  **7/1/2019 0:00**

Last 4 digits of account number  **9375**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,759.01**

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,128.91** |
|---|---|---|---|

**Clearfield County 911 - PA**
911 Leonard St.
Clearfield, PA 16801

Date(s) debt was incurred  __12/1/2017 0:00__

Last 4 digits of account number  __Affiniti PA LLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,128.91** |
|---|---|---|---|

**Clearfield County 911 - PA**
911 Leonard St.
Clearfield, PA 16801

Date(s) debt was incurred  __4/1/2018 0:00__

Last 4 digits of account number  __Affiniti PA LLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,128.91** |
|---|---|---|---|

**Clearfield County 911 - PA**
911 Leonard St.
Clearfield, PA 16801

Date(s) debt was incurred  __5/1/2018 0:00__

Last 4 digits of account number  __Affiniti PA LLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,128.91** |
|---|---|---|---|

**Clearfield County 911 - PA**
911 Leonard St.
Clearfield, PA 16801

Date(s) debt was incurred  __6/1/2018 0:00__

Last 4 digits of account number  __Affiniti PA LLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,128.91** |
|---|---|---|---|

**Clearfield County 911 - PA**
911 Leonard St.
Clearfield, PA 16801

Date(s) debt was incurred  __7/1/2018 0:00__

Last 4 digits of account number  __Affiniti PA LLC__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$255.20** |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

Date(s) debt was incurred  __9/30/2018 0:00__

Last 4 digits of account number  __0002__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,080.00** |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

Date(s) debt was incurred  __10/1/2018 0:00__

Last 4 digits of account number  __0002__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,872.48 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2018 0:00**

Last 4 digits of account number  **0002**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,914.48 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2018 0:00**

Last 4 digits of account number  **0002**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,121.25 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2018 0:00**

Last 4 digits of account number  **0002**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,956.48 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2018 0:00**

Last 4 digits of account number  **0002**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,162.50 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2018 0:00**

Last 4 digits of account number  **0002**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,043.97 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2019 0:00**

Last 4 digits of account number  **0002**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,998.48 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2019 0:00**

Last 4 digits of account number  **0002**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,040.48** |
|---|---|---|---|

**Cogent Communications**
**P.O. Box 791087**
**Baltimore, MD 21279-1087**

Date(s) debt was incurred  **2/15/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,858.05** |
|---|---|---|---|

**Cogent Communications**
**P.O. Box 791087**
**Baltimore, MD 21279-1087**

Date(s) debt was incurred  **2/15/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**Cogent Communications**
**P.O. Box 791087**
**Baltimore, MD 21279-1087**

Date(s) debt was incurred  **3/1/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,899.30** |
|---|---|---|---|

**Cogent Communications**
**P.O. Box 791087**
**Baltimore, MD 21279-1087**

Date(s) debt was incurred  **3/1/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**Cogent Communications**
**P.O. Box 791087**
**Baltimore, MD 21279-1087**

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,186.64** |
|---|---|---|---|

**Cogent Communications**
**P.O. Box 791087**
**Baltimore, MD 21279-1087**

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,227.89** |
|---|---|---|---|

**Cogent Communications**
**P.O. Box 791087**
**Baltimore, MD 21279-1087**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,825.50 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,269.14 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,867.50 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482.72 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

Date(s) debt was incurred  **7/1/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482.72 |
|---|---|---|---|

**Cogent Communications**
P.O. Box 791087
Baltimore, MD 21279-1087

Date(s) debt was incurred  **7/1/2019 0:00**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812.90 |
|---|---|---|---|

**Comcast (4326) - PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **1/15/2018 0:00**

Last 4 digits of account number  **4326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,810.99 |
|---|---|---|---|

**Comcast (9840) - PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **2/15/2019 0:00**

Last 4 digits of account number  **9840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,223.06 |
|---|---|---|---|

**Comcast (9840) - PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **3/15/2019 0:00**

Last 4 digits of account number  **9840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,323.11 |
|---|---|---|---|

**Comcast (9840) - PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **4/15/2019 0:00**

Last 4 digits of account number  **9840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,431.46 |
|---|---|---|---|

**Comcast (9840) - PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **5/15/2019 0:00**

Last 4 digits of account number  **9840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,400.13 |
|---|---|---|---|

**Comcast (9840) - PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **6/15/2019 0:00**

Last 4 digits of account number  **9840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,804.33 |
|---|---|---|---|

**Comcast (9840) - PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **6/30/2019 0:00**

Last 4 digits of account number  **9840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.92 |
|---|---|---|---|

**COMCAST 1840-PA**
P.O. Box 3001
Southeastern, PA 19398-3001

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,081.63 |
|---|---|---|---|

**Comcast-0163-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **11/15/2018 0:00**

Last 4 digits of account number  **0163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,033.07** |

**Comcast-0163-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number **0163**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,092.79** |

**Comcast-0163-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number **0163**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,045.74** |

**Comcast-0163-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number **0163**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,058.04** |

**Comcast-0163-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number **0163**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,238.73** |

**Comcast-0163-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number **0163**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,449.60** |

**Comcast-0163-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/15/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number **0163**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,329.40** |

**COMCAST8952-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/1/2017 0:00**

**Basis for the claim:** _

Last 4 digits of account number **8952**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** |

**3.146**

**Nonpriority creditor's name and mailing address**
**COMCAST8952-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred  **9/1/2017 0:00**

Last 4 digits of account number  **8952**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2,222.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147**

**Nonpriority creditor's name and mailing address**
**COMCAST8952-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred  **10/1/2017 0:00**

Last 4 digits of account number  **8952**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2,322.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148**

**Nonpriority creditor's name and mailing address**
**COMCAST8952-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred  **11/1/2017 0:00**

Last 4 digits of account number  **8952**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2,355.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149**

**Nonpriority creditor's name and mailing address**
**COMCAST8952-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred  **12/1/2017 0:00**

Last 4 digits of account number  **8952**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2,390.53**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150**

**Nonpriority creditor's name and mailing address**
**COMCAST8952-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred  **2/1/2018 0:00**

Last 4 digits of account number  **8952**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2,476.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151**

**Nonpriority creditor's name and mailing address**
**COMCAST8952-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred  **3/1/2018 0:00**

Last 4 digits of account number  **8952**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2,510.81**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152**

**Nonpriority creditor's name and mailing address**
**COMCAST8952-PA**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

Date(s) debt was incurred  **4/1/2018 0:00**

Last 4 digits of account number  **8952**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$2,526.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,564.58 |
| --- | --- | --- | --- |

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  5/1/2018 0:00

Last 4 digits of account number  8952

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,602.49 |
| --- | --- | --- | --- |

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  6/1/2018 0:00

Last 4 digits of account number  8952

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,631.80 |
| --- | --- | --- | --- |

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  7/1/2018 0:00

Last 4 digits of account number  8952

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,683.29 |
| --- | --- | --- | --- |

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  8/1/2018 0:00

Last 4 digits of account number  8952

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,722.77 |
| --- | --- | --- | --- |

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  9/1/2018 0:00

Last 4 digits of account number  8952

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,782.61 |
| --- | --- | --- | --- |

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  10/1/2018 0:00

Last 4 digits of account number  8952

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,823.45 |
| --- | --- | --- | --- |

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  11/1/2018 0:00

Last 4 digits of account number  8952

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,780.47 |
|---|---|---|---|

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **12/1/2018 0:00**

Last 4 digits of account number  **8952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,206.16 |
|---|---|---|---|

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **1/1/2019 0:00**

Last 4 digits of account number  **8952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,307.85 |
|---|---|---|---|

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **2/1/2019 0:00**

Last 4 digits of account number  **8952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,385.96 |
|---|---|---|---|

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **3/1/2019 0:00**

Last 4 digits of account number  **8952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,418.70 |
|---|---|---|---|

**COMCAST8952-PA**
P.O. Box 37601
Philadelphia, PA 19101-0601

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **8952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**COUNTY OF CLARION-tower**
330 Main Street
Room 217
Clarion, PA 16214

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **2106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**Crown Castle Fiber**
P.O. Box 21772
New York, NY 10087-1772

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **8966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$2,895.73** |

**Crown Communications -116577 - PA**
**2000 Corporate Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **6577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$1,244.75** |

**Crown Communications -116577 - PA**
**2000 Corporate Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **6577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$1,037.28** |

**Crown Communications -116577 - PA**
**2000 Corporate Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **6577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$5,246.24** |

**Crown Communications -116577 - PA**
**2000 Corporate Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **6577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$2,982.61** |

**Crown Communications -116577 - PA**
**2000 Corporate Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  **7/1/2019 0:00**

Last 4 digits of account number  **6577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$1,326.21** |

**Diamond Communication - PA**
**820 Morris Turnpike**
**Suite 104**
**Short Hills, NJ 07078**

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **0101,3401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*      **$800.00** |

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

Date(s) debt was incurred  **2/1/2018 0:00**

Last 4 digits of account number  **Affinit PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

Date(s) debt was incurred  3/1/2018 0:00

Last 4 digits of account number  **Affinit PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

Date(s) debt was incurred  4/1/2018 0:00

Last 4 digits of account number  **Affinit PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

Date(s) debt was incurred  5/1/2018 0:00

Last 4 digits of account number  **Affinit PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

Date(s) debt was incurred  6/1/2018 0:00

Last 4 digits of account number  **Affinit PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

Date(s) debt was incurred  7/1/2018 0:00

Last 4 digits of account number  **Affinit PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

Date(s) debt was incurred  8/1/2018 0:00

Last 4 digits of account number  **Affinit PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

Date(s) debt was incurred  9/1/2018 0:00

Last 4 digits of account number  **Affinit PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/1/2018 0:00**

Basis for the claim: _

Last 4 digits of account number  **Affinit PA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2018 0:00**

Basis for the claim: _

Last 4 digits of account number  **Affinit PA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/2018 0:00**

Basis for the claim: _

Last 4 digits of account number  **Affinit PA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2019 0:00**

Basis for the claim: _

Last 4 digits of account number  **Affinit PA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2019 0:00**

Basis for the claim: _

Last 4 digits of account number  **Affinit PA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2019 0:00**

Basis for the claim: _

Last 4 digits of account number  **Affinit PA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800.00 |
|---|---|---|---|

**Diocese of Altoona-Johnstown**
**927 South Logan Blvd.**
**Hollidaysburg, PA 16648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2019 0:00**

Basis for the claim: _

Last 4 digits of account number  **Affinit PA**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
| --- | --- | --- | --- |
| | **Diocese of Altoona-Johnstown**<br>**927 South Logan Blvd.**<br>**Holidaysburg, PA 16648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **5/1/2019 0:00** | Basis for the claim: _ | |
| | Last 4 digits of account number  **Affinit PA** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $800.00 |
| --- | --- | --- | --- |
| | **Diocese of Altoona-Johnstown**<br>**927 South Logan Blvd.**<br>**Holidaysburg, PA 16648** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/1/2019 0:00** | Basis for the claim: _ | |
| | Last 4 digits of account number  **Affinit PA** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,325.00 |
| --- | --- | --- | --- |
| | **DQE Communications**<br>**P.O. Box 535378**<br>**Pittsburgh, PA 15253-5378** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **6/24/2019 0:00** | Basis for the claim: _ | |
| | Last 4 digits of account number  **1206** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
| --- | --- | --- | --- |
| | **DQE Communications**<br>**P.O. Box 535378**<br>**Pittsburgh, PA 15253-5378** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **7/15/2019 0:00** | Basis for the claim: _ | |
| | Last 4 digits of account number  **1206** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
| --- | --- | --- | --- |
| | **EMF Broadcasting (dba KLOVE AiR1)**<br>**P.O. Box 1685**<br>**Rocklin, CA 95677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **11/30/2018 0:00** | Basis for the claim: _ | |
| | Last 4 digits of account number  **2767** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
| --- | --- | --- | --- |
| | **EMF Broadcasting (dba KLOVE AiR1)**<br>**P.O. Box 1685**<br>**Rocklin, CA 95677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **12/1/2018 0:00** | Basis for the claim: _ | |
| | Last 4 digits of account number  **2767** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,400.00 |
| --- | --- | --- | --- |
| | **EMF Broadcasting (dba KLOVE AiR1)**<br>**P.O. Box 1685**<br>**Rocklin, CA 95677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/1/2019 0:00** | Basis for the claim: _ | |
| | Last 4 digits of account number  **2767** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**EMF Broadcasting (dba KLOVE AiR1)**
P.O. Box 1685
Rocklin, CA 95677

Date(s) debt was incurred  **2/1/2019 0:00**

Last 4 digits of account number  **2767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**EMF Broadcasting (dba KLOVE AiR1)**
P.O. Box 1685
Rocklin, CA 95677

Date(s) debt was incurred  **3/1/2019 0:00**

Last 4 digits of account number  **2767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**EMF Broadcasting (dba KLOVE AiR1)**
P.O. Box 1685
Rocklin, CA 95677

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **2767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**EMF Broadcasting (dba KLOVE AiR1)**
P.O. Box 1685
Rocklin, CA 95677

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **2767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**EMF Broadcasting (dba KLOVE AiR1)**
P.O. Box 1685
Rocklin, CA 95677

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **2767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Ephrata Area Repeater Society - PA**
P.O. Box 674
Ephrata, PA 17522

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **Affiniti**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,857.95 |
|---|---|---|---|

**Equinix Services, Inc. - PA**
4252 Solutions Center
Chicago, IL 60677-4002

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **0135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,857.95 |

**Equinix Services, Inc. - PA**
**4252 Solutions Center**
**Chicago, IL 60677-4002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **0135**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,494.20 |

**GTP Towers Issuer LLC- Clarion - PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2018 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **3172**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,494.20 |

**GTP Towers Issuer LLC- Clarion - PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2018 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **3172**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,494.20 |

**GTP Towers Issuer LLC- Clarion - PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **3172**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,494.20 |

**GTP Towers Issuer LLC- Clarion - PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **3172**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,494.20 |

**GTP Towers Issuer LLC- Clarion - PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **3172**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,494.20 |

**GTP Towers Issuer LLC- Clarion - PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **3172**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,593.97 |
|---|---|---|---|

**GTP Towers Issuer LLC- Clarion - PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,593.97 |
|---|---|---|---|

**GTP Towers Issuer LLC- Clarion - PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

Date(s) debt was incurred  **7/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,052.64 |
|---|---|---|---|

**GTP-Warfordsburg-PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

Date(s) debt was incurred  **11/30/2018 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,052.64 |
|---|---|---|---|

**GTP-Warfordsburg-PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

Date(s) debt was incurred  **12/1/2018 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,052.64 |
|---|---|---|---|

**GTP-Warfordsburg-PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

Date(s) debt was incurred  **1/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,052.64 |
|---|---|---|---|

**GTP-Warfordsburg-PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

Date(s) debt was incurred  **2/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,052.64 |
|---|---|---|---|

**GTP-Warfordsburg-PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

Date(s) debt was incurred  **3/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,052.64 |
|---|---|---|---|

**GTP-Warfordsburg-PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,052.64 |
|---|---|---|---|

**GTP-Warfordsburg-PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,134.75 |
|---|---|---|---|

**GTP-Warfordsburg-PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,134.75 |
|---|---|---|---|

**GTP-Warfordsburg-PA**
**Dept 3328**
**Carol Stream, IL 60132-3328**

Date(s) debt was incurred  **7/1/2019 0:00**

Last 4 digits of account number  **3172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,656.46 |
|---|---|---|---|

**GTT COMMUNICATIONS INC**
**7900 Tysons One Place**
**Suite 1450**
**McClean, VA 22102**

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **MN01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,656.46 |
|---|---|---|---|

**GTT COMMUNICATIONS INC**
**7900 Tysons One Place**
**Suite 1450**
**McClean, VA 22102**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **MN01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,372.54 |
|---|---|---|---|

**GTT COMMUNICATIONS INC**
**7900 Tysons One Place**
**Suite 1450**
**McClean, VA 22102**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **MN01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,477.04** |
|---|---|---|---|

**GVNW/PA UNIVERSAL SERVICE FUND**
**1695 State ST.**
**Fulton Bank**
**East Petersburg, PA 17520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/11/2019**

**Basis for the claim:** _

Last 4 digits of account number **5896**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,477.04** |
|---|---|---|---|

**GVNW/PA Universal Service Fund**
**GVNW Consulting, Inc.**
**PA USF Administrator**
**3220 Pleasant Run, Suite A**
**Springfield, IL 62711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09/11/2019**

**Basis for the claim:** _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|---|

**Handsome Brothers Inc - PA**
**2513 6th Avenue**
**Altoona, PA 16602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/1/2018 0:00**

**Basis for the claim:** _

Last 4 digits of account number **Affiniti PA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|---|

**Handsome Brothers Inc - PA**
**2513 6th Avenue**
**Altoona, PA 16602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/1/2018 0:00**

**Basis for the claim:** _

Last 4 digits of account number **Affiniti PA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|---|

**Handsome Brothers Inc - PA**
**2513 6th Avenue**
**Altoona, PA 16602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/1/2018 0:00**

**Basis for the claim:** _

Last 4 digits of account number **Affiniti PA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|---|

**Handsome Brothers Inc - PA**
**2513 6th Avenue**
**Altoona, PA 16602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/1/2018 0:00**

**Basis for the claim:** _

Last 4 digits of account number **Affiniti PA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|---|

**Handsome Brothers Inc - PA**
**2513 6th Avenue**
**Altoona, PA 16602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/30/2018 0:00**

**Basis for the claim:** _

Last 4 digits of account number **Affiniti PA**

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| **3.230** | **Nonpriority creditor's name and mailing address** |

**Handsome Brothers Inc - PA**
2513 6th Avenue
Altoona, PA 16602

Date(s) debt was incurred  __12/31/2018 0:00__

Last 4 digits of account number  __Affiniti PA__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

| | |
|---|---|
| **3.231** | **Nonpriority creditor's name and mailing address** |

**Handsome Brothers Inc - PA**
2513 6th Avenue
Altoona, PA 16602

Date(s) debt was incurred  __1/1/2019 0:00__

Last 4 digits of account number  __Affiniti PA__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

| | |
|---|---|
| **3.232** | **Nonpriority creditor's name and mailing address** |

**Handsome Brothers Inc - PA**
2513 6th Avenue
Altoona, PA 16602

Date(s) debt was incurred  __2/1/2019 0:00__

Last 4 digits of account number  __Affiniti PA__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

| | |
|---|---|
| **3.233** | **Nonpriority creditor's name and mailing address** |

**Handsome Brothers Inc - PA**
2513 6th Avenue
Altoona, PA 16602

Date(s) debt was incurred  __3/1/2019 0:00__

Last 4 digits of account number  __Affiniti PA__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

| | |
|---|---|
| **3.234** | **Nonpriority creditor's name and mailing address** |

**Handsome Brothers Inc - PA**
2513 6th Avenue
Altoona, PA 16602

Date(s) debt was incurred  __4/1/2019 0:00__

Last 4 digits of account number  __Affiniti PA__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

| | |
|---|---|
| **3.235** | **Nonpriority creditor's name and mailing address** |

**Handsome Brothers Inc - PA**
2513 6th Avenue
Altoona, PA 16602

Date(s) debt was incurred  __5/1/2019 0:00__

Last 4 digits of account number  __Affiniti PA__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

---

| | |
|---|---|
| **3.236** | **Nonpriority creditor's name and mailing address** |

**Handsome Brothers Inc - PA**
2513 6th Avenue
Altoona, PA 16602

Date(s) debt was incurred  __6/1/2019 0:00__

Last 4 digits of account number  __Affiniti PA__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$850.00**

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145.00 |
|---|---|---|---|

**Hilltop Tower Leasing Inc. - PA**
**400 Highland Ave.**
**Altoona, PA 16602**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **RK01**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Indiana County - PA**
**801 Water Street**
**Indiana County Development Corp**
**Indiana, PA 15701-1705**

Date(s) debt was incurred  **11/30/2018 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Indiana County - PA**
**801 Water Street**
**Indiana County Development Corp**
**Indiana, PA 15701-1705**

Date(s) debt was incurred  **12/31/2018 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Indiana County - PA**
**801 Water Street**
**Indiana County Development Corp**
**Indiana, PA 15701-1705**

Date(s) debt was incurred  **1/1/2019 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Indiana County - PA**
**801 Water Street**
**Indiana County Development Corp**
**Indiana, PA 15701-1705**

Date(s) debt was incurred  **2/1/2019 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Indiana County - PA**
**801 Water Street**
**Indiana County Development Corp**
**Indiana, PA 15701-1705**

Date(s) debt was incurred  **3/1/2019 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Indiana County - PA**
**801 Water Street**
**Indiana County Development Corp**
**Indiana, PA 15701-1705**

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Indiana County - PA**
**801 Water Street**
**Indiana County Development Corp**
**Indiana, PA 15701-1705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2019 0:00

**Basis for the claim:** _

Last 4 digits of account number  Affiniti PA

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Indiana County - PA**
**801 Water Street**
**Indiana County Development Corp**
**Indiana, PA 15701-1705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2019 0:00

**Basis for the claim:** _

Last 4 digits of account number  Affiniti PA

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,316.42 |
|---|---|---|---|

**Level 3 Communication 1-8Y2NS - PA**
**P.O. Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2019 0:00

**Basis for the claim:** _

Last 4 digits of account number  2NVS

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,277.57 |
|---|---|---|---|

**Level 3 Communication 1-8Y2NS - PA**
**P.O. Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2019 0:00

**Basis for the claim:** _

Last 4 digits of account number  2NVS

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49.17 |
|---|---|---|---|

**Level 3 Communication 1-8Y2NS - PA**
**P.O. Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/30/2019 0:00

**Basis for the claim:** _

Last 4 digits of account number  2NVS

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,261.36 |
|---|---|---|---|

**Level 3 Communication 13GV1076 - PA**
**P.O. Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2019 0:00

**Basis for the claim:** _

Last 4 digits of account number  1076

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,261.36 |
|---|---|---|---|

**Level 3 Communication 13GV1076 - PA**
**P.O. Box 910182**
**Denver, CO 80291-0182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2019 0:00

**Basis for the claim:** _

Last 4 digits of account number  1076

Is the claim subject to offset? ■ No  ☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33.92 |
|---|---|---|---|

**Level 3 Communication 13GV1076 - PA**
P.O. Box 910182
Denver, CO 80291-0182

Date(s) debt was incurred  6/30/2019 0:00

Last 4 digits of account number  1076

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,245.40 |
|---|---|---|---|

**Level 3- 039523-PA**
P.O. Box 931843
Atlanta, GA 31193-1843

Date(s) debt was incurred  5/20/2019 0:00

Last 4 digits of account number  9520

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.77 |
|---|---|---|---|

**Level 3- 039523-PA**
P.O. Box 931843
Atlanta, GA 31193-1843

Date(s) debt was incurred  6/20/2019 0:00

Last 4 digits of account number  9520

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Mount Collins Cemetery Association - PA**
U.S. 62
Tionesta, PA 16353

Date(s) debt was incurred  11/30/2018 0:00

Last 4 digits of account number  Last Mile

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Mount Collins Cemetery Association - PA**
U.S. 62
Tionesta, PA 16353

Date(s) debt was incurred  12/31/2018 0:00

Last 4 digits of account number  Last Mile

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Mount Collins Cemetery Association - PA**
U.S. 62
Tionesta, PA 16353

Date(s) debt was incurred  1/1/2019 0:00

Last 4 digits of account number  Last Mile

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Mount Collins Cemetery Association - PA**
U.S. 62
Tionesta, PA 16353

Date(s) debt was incurred  2/1/2019 0:00

Last 4 digits of account number  Last Mile

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| **3.258** | |

**Nonpriority creditor's name and mailing address**

**Mount Collins Cemetery Association - PA**
**U.S. 62**
**Tionesta, PA 16353**

Date(s) debt was incurred  3/1/2019 0:00

Last 4 digits of account number  Last Mile

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| | |
|---|---|
| **3.259** | |

**Nonpriority creditor's name and mailing address**

**Mount Collins Cemetery Association - PA**
**U.S. 62**
**Tionesta, PA 16353**

Date(s) debt was incurred  4/1/2019 0:00

Last 4 digits of account number  Last Mile

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| | |
|---|---|
| **3.260** | |

**Nonpriority creditor's name and mailing address**

**Mount Collins Cemetery Association - PA**
**U.S. 62**
**Tionesta, PA 16353**

Date(s) debt was incurred  5/1/2019 0:00

Last 4 digits of account number  Last Mile

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| | |
|---|---|
| **3.261** | |

**Nonpriority creditor's name and mailing address**

**Mount Collins Cemetery Association - PA**
**U.S. 62**
**Tionesta, PA 16353**

Date(s) debt was incurred  6/1/2019 0:00

Last 4 digits of account number  Last Mile

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| | |
|---|---|
| **3.262** | |

**Nonpriority creditor's name and mailing address**

**Nittany Media, Inc. - PA**
**18 N. Juniata ST.**
**Lewistown, PA 17044**

Date(s) debt was incurred  12/31/2018 0:00

Last 4 digits of account number  Affiniti

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

| | |
|---|---|
| **3.263** | |

**Nonpriority creditor's name and mailing address**

**Nittany Media, Inc. - PA**
**18 N. Juniata ST.**
**Lewistown, PA 17044**

Date(s) debt was incurred  1/1/2019 0:00

Last 4 digits of account number  Affiniti

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

| | |
|---|---|
| **3.264** | |

**Nonpriority creditor's name and mailing address**

**Nittany Media, Inc. - PA**
**18 N. Juniata ST.**
**Lewistown, PA 17044**

Date(s) debt was incurred  2/1/2019 0:00

Last 4 digits of account number  Affiniti

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$900.00**

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Nittany Media, Inc. - PA**
18 N. Juniata ST.
Lewistown, PA 17044

Date(s) debt was incurred  **3/1/2019 0:00**

Last 4 digits of account number  **Affiniti**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Nittany Media, Inc. - PA**
18 N. Juniata ST.
Lewistown, PA 17044

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **Affiniti**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Nittany Media, Inc. - PA**
18 N. Juniata ST.
Lewistown, PA 17044

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **Affiniti**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Nittany Media, Inc. - PA**
18 N. Juniata ST.
Lewistown, PA 17044

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **Affiniti**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$247.91** |
|---|---|---|---|

**Northeast Tower Rental LLC - PA**
4271 Mucy-Exchange Road
Turbotville, PA 17772

Date(s) debt was incurred  **7/16/2018 0:00**

Last 4 digits of account number  **Affiniti**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$247.91** |
|---|---|---|---|

**Northeast Tower Rental LLC - PA**
4271 Mucy-Exchange Road
Turbotville, PA 17772

Date(s) debt was incurred  **8/17/2018 0:00**

Last 4 digits of account number  **Affiniti**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$247.91** |
|---|---|---|---|

**Northeast Tower Rental LLC - PA**
4271 Mucy-Exchange Road
Turbotville, PA 17772

Date(s) debt was incurred  **9/1/2018 0:00**

Last 4 digits of account number  **Affiniti**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.91 |
|---|---|---|---|

**Northeast Tower Rental LLC - PA**
4271 Mucy-Exchange Road
Turbotville, PA 17772

Date(s) debt was incurred  <u>10/31/2018 0:00</u>

Last 4 digits of account number  <u>Affiniti</u>

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.91 |
|---|---|---|---|

**Northeast Tower Rental LLC - PA**
4271 Mucy-Exchange Road
Turbotville, PA 17772

Date(s) debt was incurred  <u>11/30/2018 0:00</u>

Last 4 digits of account number  <u>Affiniti</u>

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $247.91 |
|---|---|---|---|

**Northeast Tower Rental LLC - PA**
4271 Mucy-Exchange Road
Turbotville, PA 17772

Date(s) debt was incurred  <u>12/17/2018 0:00</u>

Last 4 digits of account number  <u>Affiniti</u>

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15.28 |
|---|---|---|---|

**PA Game Commission**
P.O. Box 2833
Harrisburg, PA 17105

Date(s) debt was incurred  <u>1/31/2019 0:00</u>

Last 4 digits of account number  <u>0947</u>

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**PA Game Commission**
P.O. Box 2833
Harrisburg, PA 17105

Date(s) debt was incurred  <u>2/1/2019 0:00</u>

Last 4 digits of account number  <u>0947</u>

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.52 |
|---|---|---|---|

**Pennsylvania One Call**
P.O. Box 640407
Pittburgh, PA 15264-0407

Date(s) debt was incurred  <u>6/1/2019 0:00</u>

Last 4 digits of account number  <u>LMI</u>

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69.24 |
|---|---|---|---|

**Pennsylvania One Call**
P.O. Box 640407
Pittburgh, PA 15264-0407

Date(s) debt was incurred  <u>6/30/2019 0:00</u>

Last 4 digits of account number  <u>LMI</u>

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2.18 |
|---|---|---|---|

**Pennsylvania One Call**
P.O. Box 640407
Pittburgh, PA 15264-0407

Date(s) debt was incurred  **7/1/2019 0:00**

Last 4 digits of account number  **LMI**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,048.00 |
|---|---|---|---|

**Pennsylvania Public Utility Comm**
400 North Street
Suite 3
Harrisburg, PA 17120

Date(s) debt was incurred  **09/09/2019**

Last 4 digits of account number  **5896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94.84 |
|---|---|---|---|

**PenTeleData - PA**
P.O. Box 401
ATTN: Payment Processing Center
Palmerton, PA

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **0278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,090.95 |
|---|---|---|---|

**PenTeleData - PA**
P.O. Box 401
ATTN: Payment Processing Center
Palmerton, PA

Date(s) debt was incurred  **4/10/2019 0:00**

Last 4 digits of account number  **0278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,137.77 |
|---|---|---|---|

**PenTeleData - PA**
P.O. Box 401
ATTN: Payment Processing Center
Palmerton, PA

Date(s) debt was incurred  **5/10/2019 0:00**

Last 4 digits of account number  **0278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,183.89 |
|---|---|---|---|

**PenTeleData - PA**
P.O. Box 401
ATTN: Payment Processing Center
Palmerton, PA

Date(s) debt was incurred  **6/10/2019 0:00**

Last 4 digits of account number  **0278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,547.00 |
|---|---|---|---|

**Presidio Networked Solutions**
P.O. Box 822169
Philadelphia, PA 19182-2169

Date(s) debt was incurred  **6/3/2019 0:00**

Last 4 digits of account number  **N015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70.02** |
|---|---|---|---|

**REA Energy Coop Inc-7031-PA**
P.O. Box 70
Indiana, PA 15701-0070

Date(s) debt was incurred  6/14/2019 0:00

Last 4 digits of account number  0002

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$68.48** |
|---|---|---|---|

**REA Energy Coop Inc-7031-PA**
P.O. Box 70
Indiana, PA 15701-0070

Date(s) debt was incurred  7/8/2019 0:00

Last 4 digits of account number  0002

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,689.97** |
|---|---|---|---|

**SBA Properties, LLC-06297- PA**
P.O. Box 101667
Atlanta, GA 30392-1667

Date(s) debt was incurred  1/1/2018 0:00

Last 4 digits of account number  7S02

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,689.97** |
|---|---|---|---|

**SBA Properties, LLC-06297- PA**
P.O. Box 101667
Atlanta, GA 30392-1667

Date(s) debt was incurred  2/1/2018 0:00

Last 4 digits of account number  7S02

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,689.97** |
|---|---|---|---|

**SBA Properties, LLC-06297- PA**
P.O. Box 101667
Atlanta, GA 30392-1667

Date(s) debt was incurred  3/1/2018 0:00

Last 4 digits of account number  7S02

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,689.97** |
|---|---|---|---|

**SBA Properties, LLC-06297- PA**
P.O. Box 101667
Atlanta, GA 30392-1667

Date(s) debt was incurred  4/1/2018 0:00

Last 4 digits of account number  7S02

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,689.97** |
|---|---|---|---|

**SBA Properties, LLC-06297- PA**
P.O. Box 101667
Atlanta, GA 30392-1667

Date(s) debt was incurred  5/1/2018 0:00

Last 4 digits of account number  7S02

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,689.97** |
|---|---|---|---|

**SBA Properties, LLC-06297- PA**
**P.O. Box 101667**
**Atlanta, GA 30392-1667**

Date(s) debt was incurred  **6/1/2018 0:00**

Last 4 digits of account number  **7S02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,689.97** |
|---|---|---|---|

**SBA Properties, LLC-06297- PA**
**P.O. Box 101667**
**Atlanta, GA 30392-1667**

Date(s) debt was incurred  **7/1/2018 0:00**

Last 4 digits of account number  **7S02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$493.80** |
|---|---|---|---|

**SBA Properties, LLC-06297- PA**
**P.O. Box 101667**
**Atlanta, GA 30392-1667**

Date(s) debt was incurred  **8/1/2018 0:00**

Last 4 digits of account number  **7S02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,153.00** |
|---|---|---|---|

**SBA Towers II-Mult-PA**
**P.O. Box 933730**
**Atlanta, GA 31193-3730**

Date(s) debt was incurred  **12/1/2017 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,153.00** |
|---|---|---|---|

**SBA Towers II-Mult-PA**
**P.O. Box 933730**
**Atlanta, GA 31193-3730**

Date(s) debt was incurred  **1/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,153.00** |
|---|---|---|---|

**SBA Towers II-Mult-PA**
**P.O. Box 933730**
**Atlanta, GA 31193-3730**

Date(s) debt was incurred  **2/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,153.00** |
|---|---|---|---|

**SBA Towers II-Mult-PA**
**P.O. Box 933730**
**Atlanta, GA 31193-3730**

Date(s) debt was incurred  **3/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,200.29 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  **4/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,223.94 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  **5/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,223.94 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  **6/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,896.55 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  **7/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,633.43 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  **8/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,435.58 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  **11/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,079.70 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  **11/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,301.16 |

**Nonpriority creditor's name and mailing address**
**SBA Towers II-Mult-PA**
**P.O. Box 933730**
**Atlanta, GA 31193-3730**

Date(s) debt was incurred  **11/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,301.16**

---

| 3.308 |

**Nonpriority creditor's name and mailing address**
**SBA Towers II-Mult-PA**
**P.O. Box 933730**
**Atlanta, GA 31193-3730**

Date(s) debt was incurred  **11/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,065.85**

---

| 3.309 |

**Nonpriority creditor's name and mailing address**
**SBA Towers II-Mult-PA**
**P.O. Box 933730**
**Atlanta, GA 31193-3730**

Date(s) debt was incurred  **12/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,301.16**

---

| 3.310 |

**Nonpriority creditor's name and mailing address**
**SBA Towers II-Mult-PA**
**P.O. Box 933730**
**Atlanta, GA 31193-3730**

Date(s) debt was incurred  **12/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,065.85**

---

| 3.311 |

**Nonpriority creditor's name and mailing address**
**SBA Towers II-Mult-PA**
**P.O. Box 933730**
**Atlanta, GA 31193-3730**

Date(s) debt was incurred  **12/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,079.70**

---

| 3.312 |

**Nonpriority creditor's name and mailing address**
**SBA Towers II-Mult-PA**
**P.O. Box 933730**
**Atlanta, GA 31193-3730**

Date(s) debt was incurred  **12/1/2018 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,435.58**

---

| 3.313 |

**Nonpriority creditor's name and mailing address**
**SBA Towers II-Mult-PA**
**P.O. Box 933730**
**Atlanta, GA 31193-3730**

Date(s) debt was incurred  **3/1/2019 0:00**

Last 4 digits of account number  **7A04,7A15,PA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,065.85**

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,435.58 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  3/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,301.16 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  3/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,079.70 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  3/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,065.85 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  5/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,508.65 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  5/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,301.16 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  5/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,079.70 |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  5/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,065.85** |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  6/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,508.65** |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  6/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,301.16** |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  6/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,079.70** |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  6/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,508.65** |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  7/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,112.09** |
|---|---|---|---|

**SBA Towers II-Mult-PA**
P.O. Box 933730
Atlanta, GA 31193-3730

Date(s) debt was incurred  7/1/2019 0:00

Last 4 digits of account number  7A04,7A15,PA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$940.71** |
|---|---|---|---|

**SBA Towers, LLC-02561- PA**
P.O. Box 945752
Atlanta, GA 30394-5752

Date(s) debt was incurred  2/1/2018 0:00

Last 4 digits of account number  1B02

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

---

**3.328** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$940.71**

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2018 0:00**

Basis for the claim: _

Last 4 digits of account number  **1B02**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.329** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$940.71**

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/2018 0:00**

Basis for the claim: _

Last 4 digits of account number  **1B02**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.330** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$940.71**

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2018 0:00**

Basis for the claim: _

Last 4 digits of account number  **1B02**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.331** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$940.71**

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/1/2018 0:00**

Basis for the claim: _

Last 4 digits of account number  **1B02**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$940.71**

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/1/2018 0:00**

Basis for the claim: _

Last 4 digits of account number  **1B02**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$987.75**

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/1/2018 0:00**

Basis for the claim: _

Last 4 digits of account number  **1B02**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$987.75**

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2018 0:00**

Basis for the claim: _

Last 4 digits of account number  **1B02**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.75 |
|---|---|---|---|

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

Date(s) debt was incurred  __12/1/2018 0:00__

Last 4 digits of account number  __1B02__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.75 |
|---|---|---|---|

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

Date(s) debt was incurred  __3/1/2019 0:00__

Last 4 digits of account number  __1B02__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.75 |
|---|---|---|---|

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

Date(s) debt was incurred  __4/1/2019 0:00__

Last 4 digits of account number  __1B02__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.75 |
|---|---|---|---|

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

Date(s) debt was incurred  __5/1/2019 0:00__

Last 4 digits of account number  __1B02__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.75 |
|---|---|---|---|

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

Date(s) debt was incurred  __6/1/2019 0:00__

Last 4 digits of account number  __1B02__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $987.75 |
|---|---|---|---|

**SBA Towers, LLC-02561- PA**
**P.O. Box 945752**
**Atlanta, GA 30394-5752**

Date(s) debt was incurred  __7/1/2019 0:00__

Last 4 digits of account number  __1B02__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.32 |
|---|---|---|---|

**Somerset Rural Electric - PA**
**223 Industrial Park Rd.**
**Somerset, PA 15501-3406**

Date(s) debt was incurred  __6/1/2019 0:00__

Last 4 digits of account number  __4801__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.40** |
| --- | --- | --- | --- |

**Somerset Rural Electric - PA**
**223 Industrial Park Rd.**
**Somerset, PA 15501-3406**

Date(s) debt was incurred  **6/28/2019 0:00**

Last 4 digits of account number  **4801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| --- | --- | --- | --- |

**Subcarrier Communications, Inc. - PA**
**139 White Oak Lane**
**Old Bridge, NJ 08857**

Date(s) debt was incurred  **3/1/2018 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| --- | --- | --- | --- |

**Subcarrier Communications, Inc. - PA**
**139 White Oak Lane**
**Old Bridge, NJ 08857**

Date(s) debt was incurred  **4/1/2018 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| --- | --- | --- | --- |

**Subcarrier Communications, Inc. - PA**
**139 White Oak Lane**
**Old Bridge, NJ 08857**

Date(s) debt was incurred  **5/1/2018 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| --- | --- | --- | --- |

**Subcarrier Communications, Inc. - PA**
**139 White Oak Lane**
**Old Bridge, NJ 08857**

Date(s) debt was incurred  **6/1/2018 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| --- | --- | --- | --- |

**Subcarrier Communications, Inc. - PA**
**139 White Oak Lane**
**Old Bridge, NJ 08857**

Date(s) debt was incurred  **7/1/2018 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
| --- | --- | --- | --- |

**Subcarrier Communications, Inc. - PA**
**139 White Oak Lane**
**Old Bridge, NJ 08857**

Date(s) debt was incurred  **8/1/2018 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Subcarrier Communications, Inc. - PA**
**139 White Oak Lane**
**Old Bridge, NJ 08857**

Date(s) debt was incurred  **9/1/2018 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Subcarrier Communications, Inc. - PA**
**139 White Oak Lane**
**Old Bridge, NJ 08857**

Date(s) debt was incurred  **10/1/2018 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $132.32 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**T-WARNR9201-PA**
**P.O. Box 901**
**Carol Stream, IL 60132-0901**

Date(s) debt was incurred  **2/23/2019 0:00**

Last 4 digits of account number  **4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,099.82 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Tessco - PA**
**P.O. Box 102885**
**Atlanta, GA 30368-2885**

Date(s) debt was incurred  **7/19/2017 0:00**

Last 4 digits of account number  **4318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**Thomas McClintock - PA**
**104 Samuels Road**
**Somerset, PA 15501**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **Affiniti PA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,631.26 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Time Warner - Endless Mountain (5501) -**
**P.O. Box 223085**
**Pittsburgh, PA 15251-2085**

Date(s) debt was incurred  **3/1/2019 0:00**

Last 4 digits of account number  **5501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,631.26 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Time Warner - Endless Mountain (5501) -**
**P.O. Box 223085**
**Pittsburgh, PA 15251-2085**

Date(s) debt was incurred  **4/9/2019 0:00**

Last 4 digits of account number  **5501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,631.26 |
|---|---|---|---|

**Time Warner - Endless Mountain (5501) -**
**P.O. Box 223085**
**Pittsburgh, PA 15251-2085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2019 0:00

Basis for the claim: _

Last 4 digits of account number  5501

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,631.26 |
|---|---|---|---|

**Time Warner - Endless Mountain (5501) -**
**P.O. Box 223085**
**Pittsburgh, PA 15251-2085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2019 0:00

Basis for the claim: _

Last 4 digits of account number  5501

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,631.26 |
|---|---|---|---|

**Time Warner - Endless Mountain (5501) -**
**P.O. Box 223085**
**Pittsburgh, PA 15251-2085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2019 0:00

Basis for the claim: _

Last 4 digits of account number  5501

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $798.32 |
|---|---|---|---|

**Time Warner - Erie (8801) - PA**
**P.O. Box 901**
**Carol Stream, IL 60132-0901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/31/2018 0:00

Basis for the claim: _

Last 4 digits of account number  1001

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $992.98 |
|---|---|---|---|

**Time Warner Cable (60S Greenville)-9802**
**P.O. Box 901**
**Carol Stream, IL 60132-0901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/23/2019 0:00

Basis for the claim: _

Last 4 digits of account number  3001

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $963.43 |
|---|---|---|---|

**Time Warner Cable (60S Greenville)-9802**
**P.O. Box 901**
**Carol Stream, IL 60132-0901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/23/2019 0:00

Basis for the claim: _

Last 4 digits of account number  3001

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $953.56 |
|---|---|---|---|

**Time Warner Cable (60S Greenville)-9802**
**P.O. Box 901**
**Carol Stream, IL 60132-0901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/23/2019 0:00

Basis for the claim: _

Last 4 digits of account number  3001

Is the claim subject to offset? ■ No  ☐ Yes

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,016.16 |
|---|---|---|---|

**Time Warner Cable (60S Greenville)-9802**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  __5/23/2019 0:00__

Last 4 digits of account number  __3001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $979.79 |
|---|---|---|---|

**Time Warner Cable (60S Greenville)-9802**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  __6/6/2019 0:00__

Last 4 digits of account number  __3001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850.00 |
|---|---|---|---|

**Time Warner Cable - (3591 Sharon Rd) - (**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  __12/24/2018 0:00__

Last 4 digits of account number  __7001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.42 |
|---|---|---|---|

**Time Warner Cable - (3591 Sharon Rd) - (**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  __1/24/2019 0:00__

Last 4 digits of account number  __7001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $875.69 |
|---|---|---|---|

**Time Warner Cable - (3591 Sharon Rd) - (**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  __2/23/2019 0:00__

Last 4 digits of account number  __7001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $888.83 |
|---|---|---|---|

**Time Warner Cable - (3591 Sharon Rd) - (**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  __3/23/2019 0:00__

Last 4 digits of account number  __7001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $902.16 |
|---|---|---|---|

**Time Warner Cable - (3591 Sharon Rd) - (**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  __4/27/2019 0:00__

Last 4 digits of account number  __7001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915.69 |
|---|---|---|---|

**Time Warner Cable - (3591 Sharon Rd) - (**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  5/24/2019 0:00

Last 4 digits of account number  7001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.12 |
|---|---|---|---|

**Time Warner Cable - (425 S Good Hope) -**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  11/25/2018 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $863.14 |
|---|---|---|---|

**Time Warner Cable - (425 S Good Hope) -**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  12/25/2018 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $876.09 |
|---|---|---|---|

**Time Warner Cable - (425 S Good Hope) -**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  1/25/2019 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $876.09 |
|---|---|---|---|

**Time Warner Cable - (425 S Good Hope) -**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  2/1/2019 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $876.10 |
|---|---|---|---|

**Time Warner Cable - 2901- PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  12/2/2018 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $889.24 |
|---|---|---|---|

**Time Warner Cable - 2901- PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  1/1/2019 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $876.48 |
|---|---|---|---|

**Time Warner Cable - 2901- PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  2/2/2019 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $889.63 |
|---|---|---|---|

**Time Warner Cable - 2901- PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  3/2/2019 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $902.97 |
|---|---|---|---|

**Time Warner Cable - 2901- PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  4/9/2019 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $916.52 |
|---|---|---|---|

**Time Warner Cable - 2901- PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  5/1/2019 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.26 |
|---|---|---|---|

**Time Warner Cable - 2901- PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  6/2/2019 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,097.36 |
|---|---|---|---|

**Time Warner Cable - 2901- PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  6/13/2019 0:00

Last 4 digits of account number  8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $545.53 |
|---|---|---|---|

**Time Warner Cable 8801-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  1/11/2019 0:00

Last 4 digits of account number  1001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $667.72 |

**Time Warner Cable 8801-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/11/2019 0:00**

Basis for the claim: _

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $677.73 |

**Time Warner Cable 8801-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/2019 0:00**

Basis for the claim: _

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $887.90 |

**Time Warner Cable 8801-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/11/2019 0:00**

Basis for the claim: _

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $698.22 |

**Time Warner Cable 8801-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2019 0:00**

Basis for the claim: _

Last 4 digits of account number  **1001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $953.74 |

**Time Warner Cable-1701-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/13/2019 0:00**

Basis for the claim: _

Last 4 digits of account number  **9001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $877.52 |

**Time Warner Cable-6801-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2/2018 0:00**

Basis for the claim: _

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $889.28 |

**Time Warner Cable-6801-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2/2019 0:00**

Basis for the claim: _

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.50 |
|---|---|---|---|

**Time Warner Cable-6801-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  **2/2/2019 0:00**

Last 4 digits of account number  **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $889.65 |
|---|---|---|---|

**Time Warner Cable-6801-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  **3/2/2019 0:00**

Last 4 digits of account number  **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $902.99 |
|---|---|---|---|

**Time Warner Cable-6801-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  **4/9/2019 0:00**

Last 4 digits of account number  **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.08 |
|---|---|---|---|

**Time Warner-7101-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  **11/13/2018 0:00**

Last 4 digits of account number  **3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.09 |
|---|---|---|---|

**Time Warner-7101-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  **12/13/2018 0:00**

Last 4 digits of account number  **3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $889.23 |
|---|---|---|---|

**Time Warner-7101-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  **1/13/2019 0:00**

Last 4 digits of account number  **3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $889.62 |
|---|---|---|---|

**Time Warner-7101-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred  **2/13/2019 0:00**

Last 4 digits of account number  **3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $902.97 |
|---|---|---|---|

**Time Warner-7101-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred **3/13/2019 0:00**

Last 4 digits of account number **3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $916.51 |
|---|---|---|---|

**Time Warner-7101-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred **4/13/2019 0:00**

Last 4 digits of account number **3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.26 |
|---|---|---|---|

**Time Warner-7101-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred **5/1/2019 0:00**

Last 4 digits of account number **3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $944.21 |
|---|---|---|---|

**Time Warner-7101-PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred **6/13/2019 0:00**

Last 4 digits of account number **3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $863.26 |
|---|---|---|---|

**Time Warner-8301- PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred **12/3/2018 0:00**

Last 4 digits of account number **4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.20 |
|---|---|---|---|

**Time Warner-8301- PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred **1/3/2019 0:00**

Last 4 digits of account number **4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.09 |
|---|---|---|---|

**Time Warner-8301- PA**
P.O. Box 901
Carol Stream, IL 60132-0901

Date(s) debt was incurred **2/3/2019 0:00**

Last 4 digits of account number **4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.405 | **Nonpriority creditor's name and mailing address**<br>**Time Warner-8301- PA**<br>**P.O. Box 901**<br>**Carol Stream, IL 60132-0901**<br><br>Date(s) debt was incurred  __3/2/2019 0:00__<br>Last 4 digits of account number  __4001__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$889.23** |
| 3.406 | **Nonpriority creditor's name and mailing address**<br>**Time Warner-9001- PA**<br>**P.O. Box 901**<br>**Carol Stream, IL 60132-0901**<br><br>Date(s) debt was incurred  __3/2/2019 0:00__<br>Last 4 digits of account number  __0219__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$873.84** |
| 3.407 | **Nonpriority creditor's name and mailing address**<br>**Time Warner-9001- PA**<br>**P.O. Box 901**<br>**Carol Stream, IL 60132-0901**<br><br>Date(s) debt was incurred  __4/9/2019 0:00__<br>Last 4 digits of account number  __0219__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$889.03** |
| 3.408 | **Nonpriority creditor's name and mailing address**<br>**Time Warner-9001- PA**<br>**P.O. Box 901**<br>**Carol Stream, IL 60132-0901**<br><br>Date(s) debt was incurred  __5/3/2019 0:00__<br>Last 4 digits of account number  __0219__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$902.37** |
| 3.409 | **Nonpriority creditor's name and mailing address**<br>**Triangle Communications, Inc. - PA**<br>**99 15th Street**<br>**New Cumberland, PA 17070**<br><br>Date(s) debt was incurred  __3/1/2018 0:00__<br>Last 4 digits of account number  __I001__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,043.50** |
| 3.410 | **Nonpriority creditor's name and mailing address**<br>**Triangle Communications, Inc. - PA**<br>**99 15th Street**<br>**New Cumberland, PA 17070**<br><br>Date(s) debt was incurred  __4/1/2018 0:00__<br>Last 4 digits of account number  __I001__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,043.50** |
| 3.411 | **Nonpriority creditor's name and mailing address**<br>**Triangle Communications, Inc. - PA**<br>**99 15th Street**<br>**New Cumberland, PA 17070**<br><br>Date(s) debt was incurred  __5/1/2018 0:00__<br>Last 4 digits of account number  __I001__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,043.90** |

Official Form 206 E/F  Schedule E/F: Creditors Who Have Unsecured Claims  Page 60 of 68

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 1:19-bk-05328-HWV Doc 1 Filed 12/13/19 Entered 12/13/19 15:58:12 Desc
Main Document  Page 81 of 115

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,043.50 |
|---|---|---|---|

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  **6/1/2018 0:00**

Last 4 digits of account number  **l001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,043.50 |
|---|---|---|---|

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  **7/1/2018 0:00**

Last 4 digits of account number  **l001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,043.50 |
|---|---|---|---|

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  **8/1/2018 0:00**

Last 4 digits of account number  **l001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,043.50 |
|---|---|---|---|

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  **9/1/2018 0:00**

Last 4 digits of account number  **l001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,043.50 |
|---|---|---|---|

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  **10/1/2018 0:00**

Last 4 digits of account number  **l001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,043.50 |
|---|---|---|---|

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  **11/1/2018 0:00**

Last 4 digits of account number  **l001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,043.50 |
|---|---|---|---|

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  **12/1/2018 0:00**

Last 4 digits of account number  **l001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,043.50 |

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  1/1/2019 0:00
Last 4 digits of account number  1001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,043.50 |

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  2/1/2019 0:00
Last 4 digits of account number  1001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,043.50 |

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  3/1/2019 0:00
Last 4 digits of account number  1001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,013.50 |

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  4/1/2019 0:00
Last 4 digits of account number  1001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,013.50 |

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  5/1/2019 0:00
Last 4 digits of account number  1001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,013.50 |

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  6/1/2019 0:00
Last 4 digits of account number  1001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,013.50 |

**Triangle Communications, Inc. - PA**
99 15th Street
New Cumberland, PA 17070

Date(s) debt was incurred  7/1/2019 0:00
Last 4 digits of account number  1001

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,065.48 |
|---|---|---|---|

**USIC Locating Service LLC - PA**
P.O. Box 713359
Cincinnati, OH 45271

Date(s) debt was incurred  5/31/2019 0:00

Last 4 digits of account number  LMI

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,005.19 |
|---|---|---|---|

**USIC Locating Service LLC - PA**
P.O. Box 713359
Cincinnati, OH 45271

Date(s) debt was incurred  6/30/2019 0:00

Last 4 digits of account number  LMI

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.32 |
|---|---|---|---|

**Verizon (Special Projects)-3198 PA**
P.O. Box 4861
Trenton, NJ 08650-4861

Date(s) debt was incurred  5/21/2019 0:00

Last 4 digits of account number  3198

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,858.08 |
|---|---|---|---|

**Verizon - 4155 - Pa**
P.O. Box 4861
Trenton, NJ 08650-4861

Date(s) debt was incurred  2/13/2019 0:00

Last 4 digits of account number  4155

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $106.63 |
|---|---|---|---|

**VERIZON-2924 PA**
P.O. Box 15124
Albany, NY 12212-5124

Date(s) debt was incurred  3/27/2019 0:00

Last 4 digits of account number  2924

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143.96 |
|---|---|---|---|

**VERIZON-2924 PA**
P.O. Box 15124
Albany, NY 12212-5124

Date(s) debt was incurred  4/27/2019 0:00

Last 4 digits of account number  2924

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.18 |
|---|---|---|---|

**VERIZON-2924 PA**
P.O. Box 15124
Albany, NY 12212-5124

Date(s) debt was incurred  5/27/2019 0:00

Last 4 digits of account number  2924

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| 3.433 | **Nonpriority creditor's name and mailing address** |

<table>
<tr><td>3.433</td><td colspan="2"><b>Nonpriority creditor's name and mailing address</b><br><b>WestPA.net</b><br><b>216 Pennsylvania Avenue West</b><br><b>Warren, PA 16365</b></td><td><b>As of the petition filing date, the claim is:</b> <i>Check all that apply.</i></td><td><b>$475.00</b></td></tr>
</table>

**3.433**

**Nonpriority creditor's name and mailing address**
**WestPA.net**
**216 Pennsylvania Avenue West**
**Warren, PA 16365**

Date(s) debt was incurred  **6/30/2019 0:00**

Last 4 digits of account number  **Affiniti**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$475.00**

---

**3.434**

**Nonpriority creditor's name and mailing address**
**WestPenn Power 2693**
**P.O. Box 3687**
**Akron, OH 44309-3687**

Date(s) debt was incurred  **6/10/2019 0:00**

Last 4 digits of account number  **2693**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$60.55**

---

**3.435**

**Nonpriority creditor's name and mailing address**
**WestPenn Power 2693**
**P.O. Box 3687**
**Akron, OH 44309-3687**

Date(s) debt was incurred  **7/10/2019 0:00**

Last 4 digits of account number  **2693**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$67.61**

---

**3.436**

**Nonpriority creditor's name and mailing address**
**WestPenn Power 6085**
**P.O. Box 3687**
**Akron, OH 44309-3687**

Date(s) debt was incurred  **6/7/2019 0:00**

Last 4 digits of account number  **6085**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$58.53**

---

**3.437**

**Nonpriority creditor's name and mailing address**
**WestPenn Power 6085**
**P.O. Box 3687**
**Akron, OH 44309-3687**

Date(s) debt was incurred  **7/8/2019 0:00**

Last 4 digits of account number  **6085**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$61.33**

---

**3.438**

**Nonpriority creditor's name and mailing address**
**Windstream Communications - PA**
**P.O. Box 60549**
**Attn:CABS Acct Management**
**c/o Bank of America, N.A.**
**St. Louis, MO 63160-0549**

Date(s) debt was incurred  **5/7/2019 0:00**

Last 4 digits of account number  **MZZZ**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$1,177.91**

---

**3.439**

**Nonpriority creditor's name and mailing address**
**Windstream Communications - PA**
**P.O. Box 60549**
**Attn:CABS Acct Management**
**c/o Bank of America, N.A.**
**St. Louis, MO 63160-0549**

Date(s) debt was incurred  **6/11/2019 0:00**

Last 4 digits of account number  **MZZZ**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,184.45**

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,530.25 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Windstream KDL, INC - CSEZZZ - PA**
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred  **3/18/2019 0:00**

Last 4 digits of account number  **EZZZ**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,858.74 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Windstream KDL, INC - CSEZZZ - PA**
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred  **4/10/2019 0:00**

Last 4 digits of account number  **EZZZ**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,608.54 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Windstream KDL, INC - CSEZZZ - PA**
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred  **4/13/2019 0:00**

Last 4 digits of account number  **EZZZ**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,455.51 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|-------------|

**Windstream KDL, INC - CSEZZZ - PA**
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred  **5/13/2019 0:00**

Last 4 digits of account number  **EZZZ**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,755.95 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Windstream KDL, INC - CSEZZZ - PA**
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred  **5/13/2019 0:00**

Last 4 digits of account number  **EZZZ**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,757.26 |
|-------|--------------------------------------------------|---------------------------------------------------------------------|------------|

**Windstream KDL, INC - CSEZZZ - PA**
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred  **6/11/2019 0:00**

Last 4 digits of account number  **EZZZ**

Is the claim subject to offset? ■ No ☐ Yes

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,266.47** |
|---|---|---|---|

**Windstream KDL, INC - CSEZZZ - PA**
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/18/2019 0:00

Basis for the claim: _

Last 4 digits of account number  EZZZ

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,673.72** |
|---|---|---|---|

**WINDSTREAM-CSPXJA-PA**
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/13/2019 0:00

Basis for the claim: _

Last 4 digits of account number  PXJA

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,646.22** |
|---|---|---|---|

**WINDSTREAM-CSPXJA-PA**
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/11/2019 0:00

Basis for the claim: _

Last 4 digits of account number  PXJA

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,233.81** |
|---|---|---|---|

**WITF Inc - PA**
4801 Lindle Road
Harrisburg, PA 17111-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/1/2018 0:00

Basis for the claim: _

Last 4 digits of account number  0031

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,233.81** |
|---|---|---|---|

**WITF Inc - PA**
4801 Lindle Road
Harrisburg, PA 17111-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/1/2018 0:00

Basis for the claim: _

Last 4 digits of account number  0031

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,233.81** |
|---|---|---|---|

**WITF Inc - PA**
4801 Lindle Road
Harrisburg, PA 17111-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/1/2018 0:00

Basis for the claim: _

Last 4 digits of account number  0031

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,233.81** |
|---|---|---|---|

**WITF Inc - PA**
4801 Lindle Road
Harrisburg, PA 17111-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/1/2018 0:00

Basis for the claim: _

Last 4 digits of account number  0031

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,233.81 |
| --- | --- | --- | --- |

**WITF Inc - PA**
4801 Lindle Road
Harrisburg, PA 17111-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/1/2018 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **0031**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,233.81 |
| --- | --- | --- | --- |

**WITF Inc - PA**
4801 Lindle Road
Harrisburg, PA 17111-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/30/2018 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **0031**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,233.81 |
| --- | --- | --- | --- |

**WITF Inc - PA**
4801 Lindle Road
Harrisburg, PA 17111-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/1/2018 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **0031**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,233.81 |
| --- | --- | --- | --- |

**WITF Inc - PA**
4801 Lindle Road
Harrisburg, PA 17111-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/2018 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **0031**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,233.81 |
| --- | --- | --- | --- |

**WITF Inc - PA**
4801 Lindle Road
Harrisburg, PA 17111-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **0031**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,233.81 |
| --- | --- | --- | --- |

**WITF Inc - PA**
4801 Lindle Road
Harrisburg, PA 17111-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/1/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **0031**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,233.81 |
| --- | --- | --- | --- |

**WITF Inc - PA**
4801 Lindle Road
Harrisburg, PA 17111-2444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/1/2019 0:00**

**Basis for the claim:** _

Last 4 digits of account number  **0031**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,233.81 |
|---|---|---|---|

**WITF Inc - PA**
**4801 Lindle Road**
**Harrisburg, PA 17111-2444**

Date(s) debt was incurred  **4/1/2019 0:00**

Last 4 digits of account number  **0031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,233.81 |
|---|---|---|---|

**WITF Inc - PA**
**4801 Lindle Road**
**Harrisburg, PA 17111-2444**

Date(s) debt was incurred  **5/1/2019 0:00**

Last 4 digits of account number  **0031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,233.81 |
|---|---|---|---|

**WITF Inc - PA**
**4801 Lindle Road**
**Harrisburg, PA 17111-2444**

Date(s) debt was incurred  **6/1/2019 0:00**

Last 4 digits of account number  **0031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 8,559.82 |
| 5b. Total claims from Part 2 | 5b. + $ | 981,448.50 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 990,008.32 |

## Official Form 206G

### Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Lease for tower** | |
| State the term remaining    **Auto renew 10x 5yr** | **Carolyn Snyder**<br>**Steven Snyder**<br>**8157 Joshua Way**<br>**Three Springs, PA 17264** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Lease for tower** | |
| State the term remaining    **16 remaining 1 year terms. 120-day anytime termination** | **Mount Collins Cemetery Association**<br>**Tionesta**<br>**Forest County**<br>**Tionesta, PA 16353** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Affiniti PA, LLC**

United States Bankruptcy Court for the:    MIDDLE   DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
                                                           **12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ <br> Street <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | _____ <br> Street <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | _____ <br> Street <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | _____ <br> Street <br> _____ <br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name **Affiniti PA, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:      Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From **7/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | **Unknown** |
    | **For prior year:**<br>From **7/01/2018** to **06/30/2019** | ■ Operating a business<br>☐ Other | **$6,205,151.00** |
    | **For year before that:**<br>From **7/01/2017** to **06/30/2018** | ■ Operating a business<br>☐ Other | **$6,432,221.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | **IP Block Sales** | **$141,813.60** |
    | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | **Tower Sales** | **Unknown** |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Affiniti PA, LLC A-2013-2375466** | **Application for Approval of Abandonment or Discontinuance of all CAP Services. Order entered 10/24/2019** | **Pennsylvania Public Utility Commission 400 North Street Suite 3 Harrisburg, PA 17120** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Dilworth Paxson LLP**<br>**1500 Market Street, Suite 3500E**<br>**Philadelphia, PA 19102** | **Attorney Fees** | | **$5,000.00** |
| **Email or website address**<br>**aaaronson@dilworthlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Asbury Group Integrated Technology** | **IP Blocks - 11/062019 agreement** | | **$3,000.00** |
| | Relationship to debtor | | | |
| 13.2. | **Brander Group** | **IP Blocks - 1032019 agreement** | | **$30,720.00** |
| | Relationship to debtor | | | |
| 13.3. | **Brander Group** | **IP Blocks - SLS 396** | | **$70,041.60** |
| | Relationship to debtor | | | |
| 13.4. | **Drive_CONXX IP Block Sale** | **IP Blocks** | | **$4,352.00** |
| | Relationship to debtor | | | |
| 13.5. | **In the Stix Broadband** | **IP Blocks - INV000000000401** | | **$18,750.00** |
| | Relationship to debtor | | | |
| 13.6. | **Masters Communications** | **IP Blocks - INV00000000400** | | **$6,250.00** |
| | Relationship to debtor | | | |
| 13.7. | **Weidenhammer** | **IP Blocks** | | **$8,700.00** |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **9208 Waterford Centre Blvd., Suite 150**<br>**Austin, TX 78758** | |
| 14.2. | **38 South 8th Street-Rear**<br>**Lebanon, PA 17042** | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Virginia A. Bryant** P.O. Box 81594 Austin, TX 78758 | **July 2017 to July 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **PMB Helin Donovan** 12301 Research Blvd, Bldg. 5 Austin, TX 78759 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Safe Site Storage** 19505 Johnny Morris Road Austin, TX 78724 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Bridge Bank** 55 Almaden Blvd Suite 100 San Jose, CA 95113 |
| 26d.2. **Global Leverage Capital** 451 Jackson St 2nd Floor San Francisco, CA 94111 |
| 26d.3. **Tatonka Capital** 10375 Park Meadows Drive #230 Lone Tree, CO 80124 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Virginia Bryant | P.O. Box 81594<br>Austin, TX 78758 | Vice President of Finance | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lee Buckner | 451 Jackson Street<br>San Francisco, CA 94111 | Chairman of the Board and Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andy Perlmutter | 3129 West Addison Drive<br>Alpharetta, GA 30022 | President and Chief Executive Officer | January 2015-January 2018 |
| Ira Levy | 13020 Twelve Trees Court<br>Clarksville, MD 21029 | Chief Operations Officer | February 2015-December 2018 |
| Brian Field | 2280 San Jose Way<br>Canyon Lake, TX 78133 | Sr. VP of Sales | October 2017-November 2018 |
| Monica Albano | 2727 South Ocean Beach Blvd. #406<br>Highland Beach, FL 33487 | Sr. VP of Human Resources | October 2014-July 2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Affiniti Holdings, Inc. | EIN:          5923 |

Case 1:19-bk-05328-HWV   Doc 1   Filed 12/13/19   Entered 12/13/19 15:58:12   Desc
Main Document      Page 99 of 115

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**  **Signature and Declaration**

---

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on     12/12/2019

*Virginia Bryant*                                    **Virginia Bryant**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Vice President of Finance**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Affiniti PA, LLC**

Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 13, 2019**

*Date*

*/s/ Martin J. Weis*

**Martin J. Weis**
*Signature of Attorney*
**Dilworth Paxson LLP**
**1500 Market Street, Suite 3500E**
**Philadelphia, PA 19102**
**215-575-7000  Fax: 215-575-7200**
**mweis@dilworthlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Affiniti PA, LLC**                          Case No. _____

                                     Debtor(s)       Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of Finance of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    12/12/2019 _____         *Virginia Bryant* _____

                                             **Virginia Bryant/Vice President of Finance**
                                             Signer/Title

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

American Legion of Foxburg - PA
P.O. Box 348
Route 58
Foxburg, PA 16036-0348


American Tower, LP -93172 -PA
29637 Network Place
Chicago, IL 60673-1296


Armstron-1293-PA
437 N. Main St.
Butler, PA 16001-4358


Armstrong-1283-PA
437 N. Main St.
Butler, PA 16001-4358


Armstrong-1286-PA
437 N. Main St.
Butler, PA 16001-4358


Armstrong-1288-PA
437 N. Main St.
Butler, PA 16001-4358


Armstrong-1289-PA
437 N. Main St.
Butler, PA 16001-4358


Armstrong-1290-PA
437 N. Main St.
Butler, PA 16001-4358


Armstrong-1298-PA
437 N. Main St.
Butler, PA 16001-4358

```
Atlantic Broadband -5870
P.O. Box 371801
Pittsburgh, PA 15250-7801


Atlantic Broadband 7698-pa
P.O. Box 371801
Pittsburgh, PA 15250-7801


Atlantic Broadband 9728
P.O. Box 371801
Pittsburgh, PA 15250-7801


Atlantic Broadband-1016-PA
P.O. Box 371801
Pittsburgh, PA 15250-7801


Atlantic Broadband-3074
P.O. Box 371801
Pittsburgh, PA 15250-7801


Atlantic Broadband-3349-PA
P.O. Box 371801
Pittsburgh, PA 15250-7801


Atlantic Broadband-4047-PA
P.O. Box 371801
Pittsburgh, PA 15250-7801


Atlantic Broadband-5692-PA
P.O. Box 371801
Pittsburgh, PA 15250-7801


Atlantic Broadband-8481
P.O. Box 371801
Pittsburgh, PA 15250-7801
```

Carolyn Snyder
Steven Snyder
8157 Joshua Way
Three Springs, PA 17264


Centre Communication Inc
P.O. Box 119
Bellefonte, PA 16823


CENTRE TOWER SERVICES, INC
P.O. Box 119
Bellefonte, PA 16823


Century Link 0286-PA
P.O. Box 1319
Charlotte, NC 28201-1319


Century Link 2419 PA
P.O. Box 1319
Charlotte, NC 28201-1319


Century Link 2654 PA
P.O. Box 1319
Charlotte, NC 28201-1319


Century Link 7395 PA
P.O. Box 1319
Charlotte, NC 28201-1319


Century Link-1915-PA
P.O. Box 1319
Charlotte, NC 28201-1319


Century Link-9375-PA
P.O. Box 1319
Charlotte, NC 28201-1319

Clearfield County 911 - PA
911 Leonard St.
Clearfield, PA 16801


Cogent Communications
P.O. Box 791087
Baltimore, MD 21279-1087


Comcast (4326) - PA
P.O. Box 37601
Philadelphia, PA 19101-0601


Comcast (9840) - PA
P.O. Box 37601
Philadelphia, PA 19101-0601


COMCAST 1840-PA
P.O. Box 3001
Southeastern, PA 19398-3001


Comcast-0163-PA
P.O. Box 37601
Philadelphia, PA 19101-0601


COMCAST8952-PA
P.O. Box 37601
Philadelphia, PA 19101-0601


Commonwealth of Pennsylvania
PO Box 280427
Harrisburg, PA 17128


COUNTY OF CLARION-tower
330 Main Street
Room 217
Clarion, PA 16214

Crown Castle Fiber
P.O. Box 21772
New York, NY 10087-1772


Crown Communications -116577 - PA
2000 Corporate Drive
Canonsburg, PA 15317


Deborah B. Langehennig
Chapter 17 Trustee 17-11612
6201 Guadalupe St.
Austin, TX 78752


Diamond Communication - PA
820 Morris Turnpike
Suite 104
Short Hills, NJ 07078


Diocese of Altoona-Johnstown
927 South Logan Blvd.
Hollidaysburg, PA 16648


DQE Communications
P.O. Box 535378
Pittsburgh, PA 15253-5378


EMF Broadcasting (dba KLOVE AiR1)
P.O. Box 1685
Rocklin, CA 95677


Ephrata Area Repeater Society - PA
P.O. Box 674
Ephrata, PA 17522


Equinix Services, Inc. - PA
4252 Solutions Center
Chicago, IL 60677-4002

Global Leverage Capital Credit
Opportunity Fund I (GLC)
451 Jackson Street
2nd Floor
San Francisco, CA 94111


GTP Towers Issuer LLC- Clarion - PA
Dept 3328
Carol Stream, IL 60132-3328


GTP-Warfordsburg-PA
Dept 3328
Carol Stream, IL 60132-3328


GTT COMMUNICATIONS INC
7900 Tysons One Place
Suite 1450
McClean, VA 22102


GVNW/PA UNIVERSAL SERVICE FUND
1695 State ST.
Fulton Bank
East Petersburg, PA 17520


GVNW/PA Universal Service Fund
GVNW Consulting, Inc.
PA USF Administrator
3220 Pleasant Run, Suite A
Springfield, IL 62711


Handsome Brothers Inc - PA
2513 6th Avenue
Altoona, PA 16602


Hilltop Tower Leasing Inc. - PA
400 Highland Ave.
Altoona, PA 16602

```
Indiana County - PA
801 Water Street
Indiana County Development Corp
Indiana, PA 15701-1705


Level 3 Communication 1-8Y2NS - PA
P.O. Box 910182
Denver, CO 80291-0182


Level 3 Communication 13GV1076 - PA
P.O. Box 910182
Denver, CO 80291-0182


Level 3- 039523-PA
P.O. Box 931843
Atlanta, GA 31193-1843


Mount Collins Cemetery Association
Tionesta
Forest County
Tionesta, PA 16353


Mount Collins Cemetery Association - PA
U.S. 62
Tionesta, PA 16353


Nittany Media, Inc. - PA
18 N. Juniata ST.
Lewistown, PA 17044


Northeast Tower Rental LLC - PA
4271 Mucy-Exchange Road
Turbotville, PA 17772


PA Department of Revenue
PO Box 280427
Harrisburg, PA 17128-0427
```

PA Game Commission
P.O. Box 2833
Harrisburg, PA 17105


Pennsylvania One Call
P.O. Box 640407
Pittsburgh, PA 15264-0407


Pennsylvania Public Utility Comm
400 North Street
Suite 3
Harrisburg, PA 17120


PenTeleData - PA
P.O. Box 401
ATTN: Payment Processing Center
Palmerton, PA


Presidio Networked Solutions
P.O. Box 822169
Philadelphia, PA 19182-2169


REA Energy Coop Inc-7031-PA
P.O. Box 70
Indiana, PA 15701-0070


SBA Properties, LLC-06297- PA
P.O. Box 101667
Atlanta, GA 30392-1667


SBA Towers II-Mult-PA
P.O. Box 933730
Atlanta, GA 31193-3730


SBA Towers, LLC-02561- PA
P.O. Box 945752
Atlanta, GA 30394-5752

Shade Township
Attn: Cynthia J. Walters
PO Box 169
Cairnbrook, PA 15924


Somerset Rural Electric - PA
223 Industrial Park Rd.
Somerset, PA 15501-3406


Subcarrier Communications, Inc. - PA
139 White Oak Lane
Old Bridge, NJ 08857


T-WARNR9201-PA
P.O. Box 901
Carol Stream, IL 60132-0901


Tessco - PA
P.O. Box 102885
Atlanta, GA 30368-2885


Thomas McClintock - PA
104 Samuels Road
Somerset, PA 15501


Time Warner - Endless Mountain (5501) -
P.O. Box 223085
Pittsburgh, PA 15251-2085


Time Warner - Erie (8801) - PA
P.O. Box 901
Carol Stream, IL 60132-0901


Time Warner Cable (60S Greenville)-9802
P.O. Box 901
Carol Stream, IL 60132-0901

```
Time Warner Cable - (3591 Sharon Rd) - (
P.O. Box 901
Carol Stream, IL 60132-0901


Time Warner Cable - (425 S Good Hope) -
P.O. Box 901
Carol Stream, IL 60132-0901


Time Warner Cable - 2901- PA
P.O. Box 901
Carol Stream, IL 60132-0901


Time Warner Cable 8801-PA
P.O. Box 901
Carol Stream, IL 60132-0901


Time Warner Cable-1701-PA
P.O. Box 901
Carol Stream, IL 60132-0901


Time Warner Cable-6801-PA
P.O. Box 901
Carol Stream, IL 60132-0901


Time Warner-7101-PA
P.O. Box 901
Carol Stream, IL 60132-0901


Time Warner-8301- PA
P.O. Box 901
Carol Stream, IL 60132-0901


Time Warner-9001- PA
P.O. Box 901
Carol Stream, IL 60132-0901
```

Triangle Communications, Inc. - PA
99 15th Street
New Cumberland, PA 17070


USIC Locating Service LLC - PA
P.O. Box 713359
Cincinnati, OH 45271


Verizon (Special Projects)-3198 PA
P.O. Box 4861
Trenton, NJ 08650-4861


Verizon - 4155 - Pa
P.O. Box 4861
Trenton, NJ 08650-4861


VERIZON-2924 PA
P.O. Box 15124
Albany, NY 12212-5124


WestPA.net
216 Pennsylvania Avenue West
Warren, PA 16365


WestPenn Power 2693
P.O. Box 3687
Akron, OH 44309-3687


WestPenn Power 6085
P.O. Box 3687
Akron, OH 44309-3687


Windstream Communications - PA
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549

Windstream KDL, INC - CSEZZZ - PA
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549


WINDSTREAM-CSPXJA-PA
P.O. Box 60549
Attn:CABS Acct Management
c/o Bank of America, N.A.
St. Louis, MO 63160-0549


WITF Inc - PA
4801 Lindle Road
Harrisburg, PA 17111-2444

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Affiniti PA, LLC**        Case No. _____

Debtor(s)        Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Affiniti PA, LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 13, 2019**
_____

Date

**/s/ Martin J. Weis**
_____

**Martin J. Weis**

Signature of Attorney or Litigant

Counsel for    **Affiniti PA, LLC**
_____

**Dilworth Paxson LLP**
**1500 Market Street, Suite 3500E**
**Philadelphia, PA 19102**
**215-575-7000 Fax:215-575-7200**
**mweis@dilworthlaw.com**